Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Central District of ~~Western~~ California

Western Division

LACV1900677-PSG-AGR

George Howard Buzzetti

Case No.

*(to be filled in by the Clerk's Office)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Kamala Harris
Xavier Becerra
Kevin Brazile
"see attached"

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 9 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | George Howard Buzzetti |
| Street Address | 966 Schumacher Drive |
| City and County | Los Angeles, Los Angeles County |
| State and Zip Code | California 90048 |
| Telephone Number | 323-286-6667 |
| E-mail Address | georgebuzzetti@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Kamala Harris |
| Job or Title *(if known)* | former California Attorney General |
| Street Address | 1300 "I" Street |
| City and County | Sacramento, Sacramento County |
| State and Zip Code | California 95814-2919 |
| Telephone Number | 916-445-9555 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Xavier Becerra |
| Job or Title *(if known)* | California Attorney General |
| Street Address | 1300 "I" Street |
| City and County | Sacramento, Sacramento County |
| State and Zip Code | California 95814-2919 |
| Telephone Number | 916-445-9555 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Kevin Brazile |
| Job or Title *(if known)* | Presiding Judge, Los Angeles Superior Courts |
| Street Address | 110 N. Grand Avenue, #126 |
| City and County | Los Angeles, Los Angeles County |
| State and Zip Code | California 90012 |
| Telephone Number | 213-974-9759 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Henry Barela |
| Job or Title *(if known)* | judge, Los Angeles Superior Courts, case #:  4EA06931 |
| Street Address | 110 N. Grand Avenue, #126 |
| City and County | Los Angeles, Los Angeles County |
| State and Zip Code | California 90012 |
| Telephone Number | 213-974-9759 |
| E-mail Address *(if known)* | |

Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st Amendment, 4th Amendment, 6th Amendment, 8th Amendment, 10th Amendment, 11th Amendment, 14th Amendment, Article 3, Section 1, Article 3, Section 2, 18 U.S.C. 242, "see attached",

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  George Howard Buzzetti                         , is a citizen of the State of *(name)*  California                         .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                              , is incorporated under the laws of the State of *(name)*

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  Kamala Harris                         , is a citizen of the State of *(name)*  California                         . Or is a citizen of *(foreign nation)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

     b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$50,000,000

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

Defendant 1, Kamala Harris refused to do her constitutional job after as Director of Policy for CORE-CA I sent her, as A.G., and Chief Beck, LAPD, and LADA two letters requesting them to do their constitutional duty to investigate serious violations of law by law enforcement. She, and the Attorney General's Office refuse to this day to do a thing.

Defendant 2, Xavier Becerra refused to also do his job as the California Attorney General concerning the massive violations of my rights in refusal of health care now for 5 years and exculpatory evidence, Tamar Galatzan's phone records from Dec., 2013.

B.     What date and approximate time did the events giving rise to your claim(s) occur?

Concerning Mike Feurer and many of the other defendants this all started about 17 years ago when I submitted the Public Information Request (PIR) for the data on the out of contract air conditioners LAUSD purchased with school construction bond funds which my friend Gene Krischer used in his $500,000,000 lawsuit against LAUSD and their contractors. As a result Mike Feurer falsely charged Mr. Krischer and he and his co conspirators then had his lawyers sell him out which resulted in Mr. Krischer now being sued by 15 of the world's largest construction management firms represented by 9 of the "see attached"

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

For 5 years I have purposefully with malicious intent been refused any health care. I am very sick now and cannot take any more and possibly may not be able to come back as it is presently. I have had multiple false criminal charges filed on me with SLAPP intent. I have no "Mens Rea", intent, to commit any crime. All the Mens Rea is with them to protect their ongoing crimes including illegal killing of innocent people as shown in the latest DOJ statistics that show 62% of all deaths in custody are "Homicides by Officers."

After repeated illegal arrests, placement in the State Mental Hospital and being forced onto what they say was Abilfy which has caused serious health problems including constant pain. I am woken up 6-8 times a night with pain and pain during the day. Dupreyan's Contracture is taking out my hands and they hurt right now as I type. My feet are so gone that I cannot walk more than 4-5 blocks or they hurt ⊞

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

With my age and health problems it will be lucky and take a lot of skill for me to survive much longer. My strength is going fast and the pain increasing. I deserve immediate release first from the Mental Health Court, second from the criminal charges, then to finally receive health care. Now as a result of damages and the "Restraint of Trade" they have imposed on me by preventing me from fully igniting my business, civilrightspipes.com, in which I have maintained a website at a cost of over $30.00/month yet not able to use it as I am afraid that if I do and they obtain sales they will again arrest me and my business with no one to fulfill orders is finished forever. I have multiple patents they have prevented me from beginning also. Then there is the prevention of my protecting the public using civil rights which I have done without break for over 45 years proven.

If someone does not stop these criminal activities against George Buzzetti immediately I am going to die for no reason except corruption.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I pray that the court will award my requests. I request $50,000,000 in cash with no responsibility to not talk about the situation and all the proofs and evidence I have and have released already. I also pray that this court will immediately respond properly with the investigations by the DOJ to verify all my complaints. I will open up every single record I have. I want justice done properly for once as I see Robert Mueller doing and the professionals at the DOJ and Federal Courts presently. I ask for the same standards. This is all I pray to the court to do for me and society. We must enforce the rule of law. This is the only reason I have taken these serious life threatening risks.

LIST OF DEFENDANTS

Jackey Lacey, A. Jordan, Richard Vignozzi, Susan Couig, Mike Feurer, Robert Cha, Ricardo Garcia, Thomas Althous, Sarah Entenazi, Esther Chamorro, Jonothan Sherin, Carmen Aguilar, George Blair, Thomas Rodriguez, SuzanMcEnany, Sheila Kuehl, Janice Hahn, Katherine Barger, Hilda Solis, Mark Ridley-Thomas

LIST OF DEFENDANTS

Jackey Lacey, A. Jordan, Richard Vignozzi, Susan Couig, Mike Feurer, Robert Cha, Ricardo Garcia, Thomas Althous, Sarah Entenazi, Esther Chamorro, Jonothan Sherin, Carmen Aguilar, George Blair, Thomas Rodriguez, SuzanMcEnany, Sheila Kuehl, Janice Hahn, Katherine Barger, Hilda Solis, Mark Ridley-Thomas

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                    01/28/2019

Signature of Plaintiff

Printed Name of Plaintiff        George Howard Buzzetti

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

ATTACHMENT OF FEDERAL LAWS AND RULES BROKEN, GEORGE BUZZETTI

Federal Rules of Civil Procedure Violations, Rules 23, 25, 26, 27, 29, 30, 31, 32, 34, 35, 37, 59, 60, 63, 64,

79, 80

Constitutional Violations:  1st Amendment, 4th Amendment, 6th Amendment, 8th Amendment,

10th Amendment, 11th Amendment

ATTACHMENT FOR ATTACHED DEFENDANTS

Defendant #5

| | |
|---|---|
| name | Kevin Stennis |
| job or title | judge, Los Angeles Superior Court, Mental Health Division |
| street address | 110 North Grand Avenue, #126 |
| city and county | Los Angeles, Los Angeles County |
| state and zip code | California 90012 |
| telephone number | 213-974-9759 |

Defendant #6

| | |
|---|---|
| name | Kelly Boyer |
| job or title | Assistant Los Angeles City Attorney |
| street address | 200 North Spring Street |
| city and county | Los Angeles, Los Angeles County |
| state and zip code | California 90012 |
| telephone number | 213-978-8100 |

Defendant #7

| | |
|---|---|
| name | Jackey Lacey |
| job or title | Los Angeles District Attorney |
| street address | 211 West Temple Street, #1200 |
| city and county | Los Angeles, Los Angeles County |
| state and zip code | California 90012 |

1

telephone number          213-974-3512

Defendant #8

| | |
|---|---|
| name | A. Jordan, does not exist at the State Bar |
| job or title | Assistant Los Angeles District Attorney |
| street address | 211 West Temple Street, #1200 |
| city and county | Los Angeles, Los Angeles County |
| state and zip code | California 90012 |
| telephone number | 213-974-3512 |

Defendant #9

| | |
|---|---|
| name | Richard Vignozzi, not active bar license |
| job of title | Assistant Los Angeles District Attorney |
| street address | 211 West Temple Street, #1200 |
| city and county | Los Angeles, Los Angeles County |
| state and zip code | California 90012 |
| telephone number | 213-974-3512 |

Defendant #10

| | |
|---|---|
| name | Susan Couig |
| job or title | Assistant Los Angeles District Attorney |
| street address | 211 West Temple Street, #1200 |
| city and county | Los Angeles, Los Angeles County |

2

state and zip code          California 90012

telephone number          213-974-3512

Defendant #11

name                    Mike Feurer

job or title            Los Angeles City Attorney

street address          200 North Spring Street

city and county          Los Angeles, Los Angeles County

state and zip code        California 90012

telephone number        213-978-8100

Defendant #12

name                    Robert Cha

job or title            Assistant Los Angeles City Attorney

street address          200 North Spring Street

city and county          Los Angeles, Los Angeles County

state and zip code        California 90012

telephone number        213-978-8100

Defendant #13

name                    Ricardo Garcia

job or title            Los Angeles Public Defender

street address          210 West Temple Street, #19-513CF

3

| | |
|---|---|
| city and county | Los Angeles, Los Angeles County |
| state and zip | California 90012 |
| telephone number | 213-974-2811 |

Defendant #14

| | |
|---|---|
| name | Thomas Althous |
| job or title | Assistant Public Defender |
| street address | 210 West Temple Street, #19-513CF |
| city and county | Los Angeles, Los Angeles County |
| state and zip | California 90012 |
| telephone number | 213-974-2811 |

Defendant #15

| | |
|---|---|
| name | Sarah Entenazi |
| job or title | Assistant Public Defender |
| street address | 210 West Temple Street, #19-513CF |
| city and county | Los Angeles, Los Angeles County |
| state and zip | California 90012 |
| telephone number | 213-974-2811 |

Defendant #16

| | |
|---|---|
| name | Susan Blossom |
| job or title | Assistant Public Defender |

4

|                  |                                      |
|------------------|--------------------------------------|
| street address   | 210 West Temple Street, #19-513CF    |
| city and county  | Los Angeles, Los Angeles County      |
| state and zip    | California 90012                     |
| telephone number | 213-974-2811                        |

Defendant #17

|                  |                                      |
|------------------|--------------------------------------|
| name             | Esther Chamorro                     |
| job or title     | Assistant Public Defender           |
| street address   | 210 Temple Street, #19-513CF        |
| city and county  | Los Angeles, Los Angeles County     |
| state and zip    | California 90012                    |
| telephone number | 213-974-2811                       |

Defendant #18

|                  |                                      |
|------------------|--------------------------------------|
| name             | Jonathan Sherin                     |
| job or title     | Head of L.A. County Mental Health   |
| street address   | 500 West Temple Street, Room 358    |
| city and county  | Los Angeles, Los Angeles County     |
| state and zip    | California 90012                    |
| telephone number | 213-974-2811                       |

Defendant #19

|                  |                                      |
|------------------|--------------------------------------|
| name             | Carmen Aguilar                      |

5

Mental job or title Supervisor, Los Angeles County

Health

street address 500 West Temple Street, Room 358

city and county Los Angeles, Los Angeles County

state and zip California 90012

telephone number 213-974-2811

Defendant #20

name George Blair

job or title psychiatrist, Los Angeles County

Mental  Health

street address 500 West Temple Street, Room

358

city and county Los Angeles, Los Angeles County

state and zip California 90012

telephone number 213-974-2811

Defendant #21

name Thomas Rodriguez

job or title psychiatrist, Los Angeles

County

Mental Health

street address 500 West Temple Street, Room

358

state and zip California 90012

6

telephone number                          213-974-2811

Defendant #22

name                                      Suzan McEneny

job or title                              psychiatrist, Los Angeles County

                                          Mental Health

street address                            500 West Temple Street, Room 358

state and zip                             California 90012

telephone number                          213-974-2811

Defendant #23

name                                      Sheila Kuehl

job or title                              Los Angeles County Board of

                                          Supervisors

street address                            500 West Temple Street, # 383

state and zip                             California 90012

telephone number                          213-974-1411

Defendant #24

name                                      Janice Hahn

job or title                              Los Angeles County Board of

7

Supervisors

street address                           500 West Temple Street, #

383

state and zip                            California 90012

telephone number                         213-974-1411

Defendant #25

name                                     Katherine Barger

job or title                             Los Angeles County

Board of

Supervisors

street address                           500 West Temple

Street, #383

state and zip                            California 90012

telephone number                         213-974-1411

Defendant #26

name                                     Hilda Solis

job or title                             Los Angeles County

Board

of Supervisors

street address                           500 West Temple Street,

#383

state and zip                            California 90012

telephone number                         213-974-1411

Defendant #27

|  | name | Mark Ridley-Thomas |
|--|------|--------------------|
|  | job and title | Los Angeles County |
| Board | | |
|  | | of Supervisors |
|  | street address | 500 West Temple |
| Street, #383 | | |
|  | state and zip | California 90012 |
|  | telephone number | 213-974-1411 |

9

LIST OF DEFENDANTS

2. The Defendant, Xavier Becerra, is a citizen of the State of California

3. The Defendant, Kevin Brazile, is a citizen of the State of California

4. The Defendant, Henry Barela, is a citizen of the State of California

5. The Defendant, Kevin Stennis, is a citizen of the State of California

6. The Defendant, Kelly Boyer, is a citizen of the State of California

7. The Defendant, Jackey Lacey, is a citizen of the State of California

8. The Defendant, A. Jordan, is a citizen of the State of California

9. The Defendant, Richard Vignozzi, is a citizen of the State of California

10. The Defendant, Susan Couig, is a citizen of the State of California

11. The Defendant, Mike Feurer, is a citizen of the State of California

12. The Defendant, Robert Cha, is a citizen of the State of California

13. The Defendant, Ricardo Garcia, is a citizen of the State of California

14. The Defendant, Thomas Althaus, is a citizen of the State of California

15. The Defendant, Sarah Entenazi, is a citizen of the State of California

1

16. The Defendant, Susan Blossom, is a citizen of the State of California

17. The Defendant, Esther Chamorro, is a citizen of the State of California

18. The Defendant, Jonothan Sherin, is a citizen of the State of California

19. The Defendant, Carmen Aguilar, is a citizen of the State of California

20. The Defendant, George Blair, is a citizen of the State of California

21. The Defendant, Thomas Rodriguez, is a citizen of the State of California

22. The Defendant, Suzan McEneny, is a citizen of the State of California

23. The Defendant, Sheila Kuehl, is a citizen of the State of California

24. The Defendant, Janice Hahn, is a citizen of the State of California

25. The Defendant, Katherine Barger, is a citizen of the State of California

26. The Defendant, Hilda Solis, is a citizen of the State of California

27. The Defendant, Mark Ridley-Thomas, is a citizen of the State of California

Defendant 3, Kevin Brazile, as the Presiding Judge of the L.A. Superior Courts, has allowed massive corruption to continue even after Richard Fine, Sturgeon Cases I and II, the SBX211. Presently, even after sending the former presiding judge the information on the corruption in my and many other cases such as Section 271 of the 2009 L.A. City Charter and refusal to enforce the 2003 DOJ Agreement on "Internal Affairs" which has caused many deaths across the U.S. with the LAPD and L.A. Sheriff's killing the most. Then we continue to have a 62% homicide by police officers of all deaths in custody with no prosecutions. How can anyone allow what is happening in my case to go on for so long with so many notified.

Defendant 4, Henry Barela allowed Esther Chamorro to take me to Division 95, then three months later try to send me there again and as trial judge illegally, even when notified, refused my exculpatory evidence then illegally forced me to trial and allowed perjury normally.

Defendant 5, Kevin Stennis first declared me competent and in the same day declared me incompetent when this is Quadruple Jeopardy when you include their assistance in my illegally being strapped down at Cedars-Sinai then let go after $38,000 spent to try to prove me insane and did not. Still they strapped me down and after 1.5 days had to let me go. This is proof of no Substantial Change and still they refuse to produce any evidence.

Defendant 6, Kelly Boyer used blatant perjury to charge me in 8CJ07937. This calls for removal of her bar license and criminal charges.

Defendant 7, Jackey Lacey as LADA is shown to be a serial criminal offender. She is allowing the illegal prosecution of misdemeanors by her prosecutor which is against Section 271 of the 2009 L.A. City Charter. Then she normally charges felonies she knows the defendant did not commit as pointed out in the L.A. Times article "U.S. Judges see 'epidemic' of Prosecutorial Misconduct in State." This article is about Kamala Harris as A.G. and all District Attorney's in California with the LADA being the largest. She is knowingly illegally prosecuting me as my case is "Special Circumstances" which means she directly is running the illegal prosecutions.

Defendant 8, A. Jordan is my present illegal prosecutor breaking every law and Rule of Professional Conduct every time he is in court with me or out of court.

Defendant 9, Richard Vignozzi is another illegal prosecutor breaking every single one of my civil and evidence rules, rights, and laws.

Defendant 10, Susan Couig also has broken all my legal and civil rights by ignoring the

1

Exculpatory Evidence for example then also perjury.

Defendant 11, Mike Feurer is a total criminal as a result of his "Deal with the Devil" with Jackey Lacey, the LADA, concerning just the illegal prosecution of all misdemeanors committed in L.A. against Section 271 of the 2009 L.A. City Charter then ignoring the 2003 DOJ Agreement on "Internal Affairs" resulting in large numbers of deaths by police illegally nationally.

Defendant 12, Robert Cha is to lose his license and freedom also as a result of filing charges on me when they are blatantly filled with perjury if he read a word.

Defendant 13, Ricardo Garcia was illegally put into the head of the L.A. Public Defender's Office as I have repeatedly pointed out in public and in writing using the Bagley-Keene and Brown Acts. They state that all who are in competition for the job are to be listed before the choice so the public has an opportunity to knowingly comment. As a result I insist on a P.C. 1424, People v. Dekraii, recusal of their entire dept. for fraud and crimes on George Buzzetti.

Defendant 14, Thomas Althous is my current attorney in the Mental Health Court and constantly breaks court orders and refused to defend his client and refuses to supply me with any information and/or defense. It is time for him to lose his job, bar license, and freedom with criminal charges due when someone purposefully tries to illegally destroy an innocent person.

Defendant 15, Sarah Entenazi as with the rest of the corrupt public defenders refused to supply me with the Exculpatory Evidence, Tamar Galatzan's phone records, declared me incompetent as a result with 6 sheriff's observing in the hall with all the people there as witness's also. She also is promoting perjury as if she had read the statements under penalty of perjury this case would be long over.

Defendant 16, Susan Blossom did not defend me in Van Nuys in the second perjured case by Tamar Galatzan. When I went to the clerk in Van Nuys for a recusal of Judge Hertzburg the clerk illegally sent the recusal to the judge to be recused. This is totally illegal. The when I told her to file an appeal, and for a long time she refused, finally she filed it as per se and as I am Infirm. She needed my permission to do such. She never received it.

Defendant 17, Esther Chamorro sent me originally to Division 95 where I was immediately declared competent. Three months later she tried to sent me there again with no Substantial Evidence and Judge Barela did not sanction her for this ilegal move. Later Judge Barely is the trial judge and he allowed me to go to trial illegally without the Exculpatory Evidence he stated

2

was demanded on the case summary he supplied to me.

Defendant 18, Jonothan Sherin is the head of the L.A. County Mental Health Dept. He is the one ordering my extermination using illegal drugs such as Zypreza and Abilify. I am 71 with heart conditions and other major problems they know have been untreated for 5 years as I am the only person anyone knows of purposefully refused health care now for 5 years. I will not see any doctor until this nightmare is over. It is useless. When at Silverlake, Rosemead Dr. Sherin at the order of the BOS, illegally had Dr. George Blair put me onto Abilify after an illegally run Reise Hearing. Abilify is illegal to use on an elderly person they think has dementia. Constantly, in court documents they claim I am incompetent, psychotic, gravely disabled, and infirm. All these definitions mean I cannot prepare food, dress myself, and have no where to live. What a joke as I am as competent in many fields as you can imagine. Dr. Sherin runs when he sees me and Victor Trujillo at the Board of Supervisors and we tell the public the truth of what goes on in his torture pits of hell. He is responsible for the dramatic changes in the medical-psyche ward of the Twin Towers. I was there when the moved us and suddenly 60 beds is 68 beds all triple bunked. Then they cut out over 1/2 of the seats and chairs. The toilets and showers are as filthy as you can imagine. Dr. Sherin is promoting a mental health disaster in the Twin Towers. 1/2 of the inmates are asleep by noon as they are so drugged out.

Defendant 19, Carmen Aguilar used ordered by the BOS perjury to state that Chief Beck of the LAPD told me that I could kill anyone I want to. Read the Chief Beck letter and it is the opposite. Carmen Aguilar perjured herself in court and my so called attorneys and the judge did nothing.

Defendant 20, George Blair is the so called psychiatrist who directly tried to kill me and/or permanently injure me. He forced me onto the Reise Hearing and everyone broke the law and common sense when declaring me psychotic and a danger to others with my background in the public for 54 years in civil rights and being the former Director of Policy for CORE-CA and an invited partner of the former Sheriff's Citizens Advisory Board. Abilfy used on elderly especially with heart problems is bound to give them a heart attack, stroke, and/or embolism. When they think you have dementia and are elderly it is ILLEGAL. They tried to kill me with this trash drug. To this day I have serious pain at night and now in the day also in my legs and arms. I am woken up 6-8 times nightly in serious pain. The pain is getting worse and this was not an accident as if they did not kill me at least they could disable me.

Defendant 21, Thomas Rodriguez has a serious mental problem and/or ethics problem as he declared that I do not know what a judge, jury, lawyer, or trial is. I am known in L.A. as one of the best legal minds when I went to the lawyer training session for over a year and a half. I have been in these courts many times in the $2.8 billion lawsuit against LAUSD concerning Title 1 in which to stop that legal action my friend Walter Waddles Richardson's sons head was literally blown off to stop his dad who had three heart attacks and finally died. His son left a wife and two young children. I intend on finding the killer or killers and having them

3

prosecuted. The I can say to his wife and children "Sorry, I could only do this." Thomas Rodriguez and his office knew that I had just been called two times in 5 days with suicides by hanging of people I have known a long time. He refused to allow me to go to the funeral of the young woman and be with her mother who was and is devastated by this suicide caused by the Mental Health system. I was in court when the girl was taken from her mother, driven onto drugs and two years later I was there when she was returned to her mother and now dead. Thomas Rodriguez is a sociopath.

Defendant 22, Suzan McEneny is assigned to me for AOT. Ever the last 4 months somehow she cannot find my phone number but has my email address so she never used it to contact me. She is just a contractor who has a plan for her own Mental Health Empire. I have her plan. It was online. On Feb. 4, 2019 if this court does not act she will declare me incompetent and send me to the State Mental Hospital for long Term Rehabilatation where I will die for sure as my health is almost gone and they will again use drugs to destory me.

Defendant 23, Sheila Kuehl first said to me "The Avatar is Back." That is a serious statement. I am the person, as Director of Policy for CORE-CA, who shut down the Twin Towers $2.1 billion rehab as no one else had worked out the differences in cost/sq.ft. and cost/prisoner of the 5 different plans. They varied up to 2-1. To this day they do not know what to do. Sheila Kuehl is the one who ordered my illegal arrest and being sent to the State Mental Hospital at Rosemead where they tried to kill me. If Victor Trujillo had not gone into their faces at a board meeting I would still be there or dead by now.

Defendant 24, Janice Hahn is now the President of the Board of Supervisors. Sheila Kuehl was President when I was illegally arrested. Now Janice Hahn is the main responsible person for the law breaking by the Board of Supevisors as they promote all under their control to break the law on me and thousands of others as i have documented and presented with much more to come.

Defendant 25, Katherine Barger is also a Board of Supervisor but also the Board of Supervisors representative to the Mental Health Commission which in my opinion is totally sociopathic and with their 313 page plan for Mental Health for L.A. is just a reproduction of what China is doing with the Uyghurs. She has a Fiduciary Duty and refuses to do such.

Defendant 26, Hilda Solis is another Board of Supervisor who has no moral and/or ethics not just with me but many who come there for redress. Only if you are one of their friends are you able to do what you want as they never follow the Bagley-Keene and Green Acts such as signing up for speaking which is illegal. No matter how many times since 2012 I have given them the laws they ignore their sworn duties.

4

Defendant 27, Mark Ridley-Thomas is the most powerful African-American political force in the State and is my representative. Every single political representative I have refuses to help me enforce the law especially Exculpatory Evidence. It is time for the law to be followed as "All Equal Before the Law."

What date and approxomate time did the events giving rise to your claim(s) occur? (attachment)

largest law firms on the planet. Mr. Krischer crashed psychologically and physically until today. Now he has to watch them try to destroy me after $120,000 of bi-lateral electroshock as nothing else would work on his depression as a result of their crimes including erasing a part of the court transcript which alone is also a P.C. 132, a Felony with no Statute of Limitations.

I have been exposing the corruption at LAUSD since 1991. I am well known. I am the former Director of Policy for the Congress of Racial Equality of California (CORE-CA) and Chairman of the Association of Accountability and Equitable Education (AAEE). CORE-CA was founded by Celes King III who was the most famous Tuskeegee Airman and advisor to three former presidents: Eisenhower, Nixon, and Reagan. A lot of legislation go fix AB 109 has my and Celes King IV imprint on those bills for 6 years as we worked with former Sheriff LeRoy Baca.

As a result of my fraud work on the corruption of spending of the school construction bond money and illegal purchasing of electronic devices with school construction bond money which is illegal according to the 2004 A.G. Opinion on "Allowable Expenditures of School Construction Bond Money" this cabal of evil decided to eliminate me using the SLAPP technique.

In Dec., 2013 three threatening phone calls were made to LAUSD Board of Education Member Tamar Galatzan's board office while they were on Christmas-New Year vacation. The first day Barbara Jones was Tamar Galatzan's chief of staff she and they declared the voice was 100% George Buzzetti. On Jan. 15, 2014 LAUSD obtained a search warrant for my phone records. On Jan. 20, 2014 LAUSD knew I did not call from my phone. On Jan. 15, 2014 the time clock to charge me after the "Information" was taken to the judge or magistrate. At most this gives 90 days to charge or drop the potential charges. In April LAUSD calls me to try to talk me into admitting I was the caller. They did not like the reply.

The question is still "Why didn't they do their constitutional and Bar Rule 5-110 duties and just go to Tamar Galatzan's phone records if they wanted to know who the real caller was? The answer is they are the callers and they are major State of California and U.S. Constitutional and Code Felons. Now they are in too deep. Now the SLAPP goes into high gear.

Since all the named defendants, plus John Does, have had a direct influence on the crimes going on here they are co conspirators by definition. Since Chief Beck and the LAPD Police Commission posted the video of the 5-5-15 LAPD Police Commission Meeting with the erased, P.C. 132, audio of the entire meeting this is now involved directly in "Interstate Commerce" and eligible to be Federally prosecuted under both the Hobb's Act, government corruption, and

1

RICO, organized crime.

Then you must read the Chief Beck, upper management, and Internal Affairs letter to me on May 16, 2018 in which they state that there is a 2003 DOJ Agreement on Internal Affairs yet they do not have to abide by the Agreement. Then they state that the LAPD and LAUSD can commit any crime on George Buzzetti they desire with no problem. Finally, this letter states that they did purposefully prevent my calling for 3-5 days when illegally arrested multiple times yet who cares. This is against the California Supreme Court Decision Carlo v. City of Chino.

Is it any wonder I have been purposefully refused health care now for 5 years? If I do not rapidly start to receive competent health care I am going to die. In the Mental Health hospital in Rosemead under the direction of Dr. Sherin, Sheila Kuehl, exercised by Dr. George Blair they tried to kill my by first prescribing Zypreza. Then they changed it to Abilify after the illegally run Reise Hearing to force me to take drugs after a week there with no drugs and no problems. In fact, I became the psychiatrist for the inmates. The staff did nothing but terrorize the inmates especially the most vulnerable. We had the 24 hour screamers so there is no sleep. After I sat down with them individually for several hours each the screaming stopped until I was released. My former roommate and I are in contact and he told me that it started again as the torture started again.

These corrupt people in court documents have declared me "Incompetent, infirm, gravely disabled, and psychotic." Each of these terms means I am incapable of clothing myself, feeding myself, and have nowhere to live. I live in a $2 million dollar house which is filled with antiques. I maintain this exclusive house with no help or gardener. We only have a pool man. I do the roofing, plastering, electrical, plumbing, refinishing, painting, roofing, tree trimming, and vine trimming at 71 while refused health care. I would not be alive now if I had not lost 100# on my own. I have gotten off of 6 drugs and beaten diabetes on my own as my sugar is stable but my blood pressure is a mess of danger as a result of the constant stress.

Presently it is illegal for me to be in the Mental Health Court as there is no substantial evidence and I have proof that the court clerk has eliminated much of my file and this is a serious crime, P.C. 132.

I was in Division 95 previously in 2015 and the judge threw me out of there as competent rapidly. Without a "Substantial Change" it is illegal to take you again to the Mental Health Court. There is no substantial change as reflected in the illegal strapping me down by Cedars-Sinai and then they had to release me after 1.5 days while spending $38,000 to try to prove me insane includiing brain scans.

2

How many times is the system going to allow these government officials and those with Fiduciary Duties to continue to break the law so they can continue their crimes?

What do you think they would do to prevent themselves from going to Federal Prison or the L.A. Twin Towers where unlike me they will be considered the enemy?

In the L.A. Twin Towers for saving a man's life while dying from diabetic shock with the sheriff's and medical yelling at me to let him die I was named "The OG of OG's" at 66, white, and in a suit. The inmates knew me from civil rights and LAUSD. I was protected in there and taught law and helped them with their cases including a 187. He will not go away for life now.

All I request is that this Federal Court hold these criminal to accout for their proven with documents and video crimes against me and all the others who they have assaulted with no reason and/or maliciousness in a "Pattern and Practice."

3

# The State Bar *of Californi*

## Licensee Search

| Enter Licensee Name or Licensee Number | |
|---|---|
| | Search |
| Include similar sounding names | |

For more search options, including the ability to search for certified specialists, try **Advanced Search.**

## Advanced Licensee search

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Your search for *R. Vagnozzi* returned 1 results.

Click any column heading to sort on that column. Hold shift and click multiple headings to sort on multiple columns.

| Name | Status | Number | City | Admission Date |
|---|---|---|---|---|
| Vagnozzi, Richard James | Inactive | 129124 | Los Angeles | June 1987 |

Showing 1 to 1 of 1 entries

- San Francisco (Main Office)
- 180 Howard St.
- San Francisco, CA 94105
- 415-538-2000
- Los Angeles
- 845 S. Figueroa St.
- Los Angeles, CA 90017
- 213-765-1000

© 2019 The State Bar of California

- FAQ

1

69

# Attorney Deceit Statutes:
# Promoting Professionalism Through
# Criminal Prosecutions and Treble
# Damages

Alex B. Long[*]

Unbeknownst to many lawyers, at least twelve jurisdictions —
including New York and California — have statutes on the books that
single out lawyers who engage in deceit or collusion. In nearly all of these
jurisdictions, a lawyer found to have engaged in deceit or collusion faces
criminal penalties and/or civil liability in the form of treble damages.
Until recently, these attorney deceit statutes have languished in obscurity
and, through a series of restrictive readings of the statutory language,
have been rendered somewhat irrelevant. However, in 2009, the New York
Court of Appeals breathed new life into New York's attorney deceit statute
through its decision in Amalfitano v. Rosenberg. This Article discusses
the extent to which, in this age of widespread distrust of the legal
profession, this type of external regulation of the legal profession is a
desirable approach. The Article concludes that although the utility of
existing attorney deceit statutes is undermined by the broadness of the
language, the symbolism of the statutes is important. By relying on the
development of tort law to address the same subject matter, courts can
achieve the same educational and symbolic goals while dealing with
attorney deceit on a more practical basis.

Associate Professor of Law, University of Tennessee College of Law. My thanks
to the participants at the Oklahoma City University School of Law faculty colloquium,
including Paula Dalley, the Honorable Neil Gorsuch, Carla Spivack, and Deborah
Tussey, for their comments and participation. Thanks also to Tom Davies and Maurice
Stucke for comments and assistance. Paul Wehmeier provided valuable research
assistance for which I am grateful.

413

POTENTIAL CALIFORNIA PENAL CODE BROKEN BY LAW ENFORCEMENT IN GEORGE BUZZETTI'S CASE NO: 4EA06931

PENAL CODE

| | |
|---|---|
| 8 | defraud |
| 9 | civil remedies |
| 17 | felony, misdemeanor, definitions |
| 19(d) | burdon of proof |
| 20 | intent, unity of act |
| 30 | parties to the crimes |
| 31 | principals |
| 32 | accessories |
| 67 | bribe to executives |
| 67 1/2 | bribe to officers or employees |
| 68 | receiving |
| 70 | solecitation of gratuities |
| 71 | threatening a school or public official |
| 92 | bribe judges, jurors |
| 93 | receive bribe |
| 94 | extortion |
| 97 | purchase judgment |
| 115 | false or forged instruments |
| 118 | perjury |
| 118a | false affidavits |
| 119 | oath |
| 120 | oath of office |
| 123 | witness knowledge |
| 124 | |
| 125 | statement you know is false |
| 126 | punishment for perjury |
| 127 | subordination of perjury |
| 132 | false evidence |
| 133 | deceiving a witness |
| 134 | preparing false evidence |
| 135 | destroying evidence |
| 136 | preventing a witness |
| 142 | refuse to arrest with a warrant |
| 143 | |
| 146 | arrest without lawful warrant |
| 147 | inhumanity to prisoner |
| 148.3 | false report of emergency |
| 148.4 | |
| 148.5 | false report of felony or misdemeanor |
| 149 | color of authority |

| | |
|---|---|
| 153 | compounding crimes |
| 165 | bribing |
| 170 | maliciously procuring a search warrant or arrest warrant |
| 177 | offenses, when misdemeanors |
| 181 | infringement of personal liberty |
| 236 | false imprisonment |
| 237 | if by deceit, state prison |
| 248 | libel |
| 422 | terrorist threat |
| 422.5 | definition |
| 681 | no punishment, but legal conviction |
| 682 | prosecuted on information |
| 686 | rights of defendant |
| 691 | definitions, prosecution attorney |
| 701 | information for magistrate |
| 702 | examination of complaint |
| 703 | warrant for arrest |
| 704 | appearance before a magistrate |
| 705 | must be discharged |
| 737 | indictment or information |
| 738 | order holding to answer |
| 739 | time for filing charge |
| 799 | no time limit for falsification of public records |
| 800 | limit on felonies, 3 years |
| 801 | misdemeanors, 1 year |
| 806 | proceedings magistrate |
| 813 | when to issue a warrant |
| 814 | form for warrant |
| 815 | contents for warrant |
| 816 | warrant = arrest |
| 825 | able to see an attorney |
| 841 | tell offense for arrest |
| 842 | show warrant |
| 851.5 | three phone calls |
| 851.6 | seal records |
| 861 | examination to be complete |
| 864 | depositions |
| 865 | cross exam |
| 866 | defendants witnesses |
| 868.5 | attendance of witness in sex assault |
| 869 | |
| 870 | transcripts to be supplied on demand |
| 881 | must testify |
| 882 | |
| 883 | depositions to clerk |
| 977.1 | not needed in court |

To:      L.A. County Board of Supervisors (BOS)

From:  George Buzzetti
          966 Schumacher Drive
          Los Angeles, California 90048

RE:     Recent head, shoulder, and hip injury from fall in Psyche Ward shower, unprotected

BOS, General Counsel, and COO

How can you continuously allow extremely dangerous conditions to exist in your Long Term Rehabilitation Facility, Silverlake Medical Center, Rosemead, for so long with absolutely no accountability?

a.  there are only two rubber mats for the floor in the shower
b.  there is no toilet paper in the shower rooms
c.  ants are everywhere and crawling on people trying to sleep or relax, with no management at
      all
d.  I have had no medical doctor and actually a corrupt psychiatrist attempting a "Soft Assassination" with you
e.  I have no case worker ever
f.  I am having trouble just reading from 5 years of purposeful denial of basic health care, prescription glasses, even though fully covered by Medicare and Medical
g.  You are billing my account for $3,500/day, $24,500/wk., or $1,145,000/year for the psyche
      ward

You only supply:

1.  basic housing
2.  max psyche drugs for only control
3.  simple food, yet good
4.  no health care
5.  no psychological care for anyone no matter how serious
6.  ants everywhere

1

Carmen Aguilar

(213)514-0235

221

SE NO. 4EA06931                                    PAGE NO.  25
EF NO.  01                                         DATE PRINTED 03/08/16

 NOTICE OF INTENT TO DISPOSE OF EXHIBITS FILED WITH THE
 EXHIBIT CUSTODIAN.
WAIVES TIME FOR SENTENCE.
NEXT SCHEDULED EVENT:
 SENTENCING
 DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
 WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
 JUDGMENT:
AS TO COUNT  (01):
IMPOSITION OF SENTENCE SUSPENDED
DEFENDANT PLACED ON SUMMARY PROBATION
 FOR A PERIOD OF 003 YEARS UNDER THE FOLLOWING TERMS AND CONDITIONS:
 PLUS $40.00 COURT OPERATIONS ASSESSMENT (PURSUANT TO 1465.8(A)(1) P.C.)
  $30.00 CRIMINAL CONVICTION ASSESSMENT (PURSUANT TO 70373 G.C.)
 PERFORM 20 DAYS OF COMMUNITY SERVICE
 DEFENDANT SHALL PAY A RESTITUTION FINE IN THE AMOUNT OF $150.00 TO THE COURT
   TOTAL DUE: $220.00
 IN ADDITION:

 -STAY AWAY FROM TAMAR GALATZAN
 -OBEY THE PROTECTIVE ORDER ISSUED IN THIS OR ANY OTHER CASE.
 -OBEY ALL LAWS AND ORDERS OF THE COURT.
 COURT ORDERS AND FINDINGS:
 -DEFENDANT IS SERVED WITH A COPY OF THE PROTECTIVE ORDER IN OPEN
   COURT.
ANY MANDATORY AND NON-PUNITIVE FEES OR ASSESSMENTS ORDERED IN THIS CASE ARE NOT
 CONDITIONS OF PROBATION
 ALL COUNTS ARE CONCURRENT TO ONE ANOTHER AND THE COMMUNITY
 SERVICE IS CONCURRENT AS TO EACH COUNT,THE FEES ON COUNTS 2,3
 ARE WAIVED.
COUNT (01): DISPOSITION: FOUND GUILTY - CONVICTED BY JURY
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
 06/08/16   830 AM  PROOF OF COMMUNITY SERVICE   DIST EAST LOS ANGELES CTHOUS
    DEPT 005
NEXT SCHEDULED EVENT:
 07/07/16   830 AM  FINES/FEES   DIST EAST LOS ANGELES CTHOUS  DEPT CLK
 DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
 WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
 JUDGMENT:

AS TO COUNT  (02):
IMPOSITION OF SENTENCE SUSPENDED
DEFENDANT PLACED ON SUMMARY PROBATION
 FOR A PERIOD OF 003 YEARS UNDER THE FOLLOWING TERMS AND CONDITIONS:
 PERFORM 20 DAYS OF COMMUNITY SERVICE
 IN ADDITION:
 -STAY AWAY FROM TAMAR GALATZAN
 -OBEY THE PROTECTIVE ORDER ISSUED IN THIS OR ANY OTHER CASE.
 -OBEY ALL LAWS AND ORDERS OF THE COURT.
 COURT ORDERS AND FINDINGS:
 -DEFENDANT IS SERVED WITH A COPY OF THE PROTECTIVE ORDER IN OPEN
   COURT.
ANY MANDATORY AND NON-PUNITIVE FEES OR ASSESSMENTS ORDERED IN THIS CASE ARE NOT
 CONDITIONS OF PROBATION
 THE COMMUNITY SERVICE IS CONCURRENT AS ALL 3 COUNTS.

222

CASE NO. 4EA06931                    PAGE NO.  26
DEF NO.  01                          DATE PRINTED 03/08/16

   THE FEES ON THIS COUNT ARE WAIVED.
COUNT (02): DISPOSITION: FOUND GUILTY - CONVICTED BY JURY
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:   .
   PROOF OF COMMUNITY SERVICE
AS TO COUNT  (03):
IMPOSITION OF SENTENCE SUSPENDED
DEFENDANT PLACED ON SUMMARY PROBATION
   FOR A PERIOD OF 003 YEARS UNDER THE FOLLOWING TERMS AND CONDITIONS:
   PERFORM 20 DAYS OF COMMUNITY SERVICE
   IN ADDITION:
   -STAY AWAY FROM TAMAR GALATZAN
   -OBEY THE PROTECTIVE ORDER ISSUED IN THIS OR ANY OTHER CASE.
   -OBEY ALL LAWS AND ORDERS OF THE COURT.
   COURT ORDERS AND FINDINGS:
   -DEFENDANT IS SERVED WITH A COPY OF THE PROTECTIVE ORDER IN OPEN
      COURT.
ANY MANDATORY AND NON-PUNITIVE FEES OR ASSESSMENTS ORDERED IN THIS CASE ARE NOT

   CONDITIONS OF PROBATION
   THE FEES ON THIS COUNT ARE WAIVED.
COUNT (03): DISPOSITION: FOUND GUILTY - CONVICTED BY JURY
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
   PROOF OF COMMUNITY SERVICE
03/07/16 EXONERATED, # S5102249919

CUSTODY STATUS: BAIL EXONERATED.

NO. 4EA06931                                  PAGE NO.   14
NO.  01                                       DATE PRINTED 03/08/16

DAY 00 OF 15
12/16/15 BAIL TO STAND, # S5102249919

CUSTODY STATUS: BAIL TO STAND

ON 01/12/16 AT  830 AM  IN EAST LOS ANGELES CTHOUS DEPT 002

CASE CALLED FOR PRETRIAL HEARING
PARTIES: SERENA R. MURILLO (JUDGE)  MELANIE RAMOS  (CLERK)
                JESSICA FELIPE        (REP)  JEREMY MICHAEL DAVIS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ESTHER E. CHAMORRO DEPUTY
  PUBLIC DEFENDER
  BOTH PARTIES STIPULATE TO CONTINUE THE MATTER FOR FURTHER
  PRETRIAL HEARING IN THIS DEPARTMENT ON THE DATE AND TIME
  INDICATED BELOW. THE PEOPLE ARE TO SUBPOENA PHONE RECORDS.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  02/17/16   830 AM  PRETRIAL HEARING   DIST EAST LOS ANGELES CTHOUS DEPT 002
DAY 00 OF 15
01/12/16 BAIL TO STAND, # S5102249919

CUSTODY STATUS: BAIL TO STAND

ON 02/17/16 AT  830 AM  IN EAST LOS ANGELES CTHOUS DEPT 002

  NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER
  IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
  MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE
  TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
CASE CALLED FOR PRETRIAL HEARING
PARTIES: BEVERLY L. BOURNE (JUDGE)  MELANIE RAMOS  (CLERK)
                KARIE MARTIN        (REP)  JEREMY MICHAEL DAVIS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ESTHER E. CHAMORRO DEPUTY
  PUBLIC DEFENDER
  WITNESS RUDY PEREZ IS SWORN AND TESTIFIES FOR THE PEOPLE

  REGARDING PHONE RECORDS.

  THE MATTER IS CONTINUED TO LATER THIS DATE AT 1:30 P.M.

  -NUNC GENERATED IN ERROR.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  02/17/16   130 PM  PRETRIAL HEARING   DIST EAST LOS ANGELES CTHOUS DEPT 002

CUSTODY STATUS: BAIL TO STAND

ON 02/17/16 AT  130 PM  IN EAST LOS ANGELES CTHOUS DEPT 002

CASE CALLED FOR PRETRIAL HEARING
PARTIES: BEVERLY L. BOURNE (JUDGE)  MELANIE RAMOS  (CLERK)
                KARIE MARTIN        (REP)  JEREMY MICHAEL DAVIS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ESTHER E. CHAMORRO DEPUTY

E NO. 4EA06931                              PAGE NO.   13
F NO.   01                                  DATE PRINTED 03/08/16

DEFENSE COUNSEL INDICATES IT IS STILL WORKING TO OBTAIN
ADDITIONAL DISCOVERY.

THE CONTINUANCE IS GRANTED OVER THE OBJECTION OF THE PEOPLE.
COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  11/13/15   830 AM  PRETRIAL HEARING   DIST EAST LOS ANGELES CTHOUS DEPT 002
DAY 00 OF 15
10/16/15 BAIL TO STAND, # S5102249919

CUSTODY STATUS: BAIL TO STAND

ON 11/13/15 AT  830 AM  IN EAST LOS ANGELES CTHOUS DEPT 002

CASE CALLED FOR PRETRIAL HEARING

PARTIES: KEITH H. BORJON (JUDGE)  MELANIE RAMOS  (CLERK)
                KARIE MARTIN       (REP)  JEREMY MICHAEL DAVIS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ESTHER E. CHAMORRO DEPUTY
  PUBLIC DEFENDER
DEFENSE COUNSEL INDICATES IT IS AWAITING SUBPOENAED DOCUMENTS.

PARTIES STIPULATE TO CONTINUE THE MATTER FOR FURTHER PRETRIAL
HEARING ON THE DATE AND TIME INDICATED BELOW; TIME IS WAIVED.
COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  12/16/15   830 AM  PRETRIAL HEARING   DIST EAST LOS ANGELES CTHOUS DEPT 002
DAY 00 OF 15
11/13/15 BAIL TO STAND, # S5102249919

CUSTODY STATUS: BAIL TO STAND

ON 12/16/15 AT  830 AM  IN EAST LOS ANGELES CTHOUS DEPT 002

CASE CALLED FOR PRETRIAL HEARING
PARTIES: SERENA R. MURILLO (JUDGE)  MELANIE RAMOS  (CLERK)
                JESSICA FELIPE       (REP)  JEREMY MICHAEL DAVIS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ESTHER E. CHAMORRO DEPUTY
  PUBLIC DEFENDER
BOTH COUNSEL AND THE COURT HOLD SIDEBAR DISCUSSION.

ON DEFENSE COUNSEL'S ORAL MOTION, AND WITH NO OBJECTION FROM
THE PEOPLE, THE MATTER IS CONTINUED FOR FURTHER PRETRIAL HEARING
ON THE DATE AND TIME INDICATED BELOW.
COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  01/12/16   830 AM  PRETRIAL HEARING   DIST EAST LOS ANGELES CTHOUS DEPT 002

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | MISDEMEANOR COMPLAINT |
| VA 04/20/2018          Bkg no. | |
| Plaintiff, | CCMS Case No.: 8CJ07937 |
| | Court Case No.: |
| vs. | |
| | FILED |
| GEORGE BUZZETTI          04/17/1947 | SHERRI R. CARTER |
| | Executive Officer/Clerk |
| PC166a4 | |
| | By_____ |
| PC415(2) | Deputy Clerk |
| | |
| | Issued by |
| | MICHAEL N. FEUER |
| | City Attorney |
| | |
| | By_____ |
| Defendant(s). | KELLY BOYER          (KJ) |
| | Deputy City Attorney |

Comes now the undersigned and states that he is informed and believes, and upon such information and belief declares: That on or about 08/29/2017 at and in the City of Los Angeles, in the County of Los Angeles, State of California, a misdemeanor, to wit, violation of Subdivision (a)(4) of Section 166 of the California Penal Code was committed by the above-named defendant(s) (whose true name(s) to affiant is(are) unknown), who at the time and place last aforesaid, did willfully and unlawfully disobey the terms as written of a process and court order and out-of-state court order lawfully issued by a court, including orders pending trial.

MCI 166(A)(4)/21

COUNT II

For a further, separate and second cause of action being a different offense, belonging to the same class of crimes and offenses set forth in Count I hereof, affiant further alleges that on or about 08/29/2017 at and in the City of Los Angeles, in the County of Los Angeles, State of California, a misdemeanor, to wit, violation of Subsection (2) of Section 415 of the California Penal Code was committed by the above-named defendant(s), (whose true name(s) to affiant is(are) unknown), who at the time and place last aforesaid, did maliciously and willfully disturb another person by loud and unreasonable noise.

MCI 415(2)/21

All of which is contr    to the law and against t.    peace and dignity of
the People of the State of California.  Declarant and complainant
therefore prays that a warrant may be issued for the arrest of said
defendant(s) and that he may be dealt with according to law.

Attached hereto and incorporated by reference as though fully set forth
are written statements and reports, consisting of pages, which constitute
the basis upon which I make the within allegations.

A declaration in Support of the Issuance of Such Warrant is Submitted.

Executed at Los Angeles, California, on 03/28/2018.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Declarant and Complainant
CAMELLO #1201

INFORMAL DISCOVERY NOTICE

TO THE ABOVE-NAMED DEFENDANT(S) AND/OR ATTORNEY(S) FOR DEFENDANT(S):

Plaintiff, the People of the State of California, hereby requests
discovery/disclosure from the defendant(s) and his or her attorney(s) in
this case pursuant to Penal Code Sections 1054.3 and 1054.5.

YOU ARE HEREBY NOTIFIED that if complete disclosure is not made within 15
days of this request, plaintiff will seek -- on or before the next court
date, or as soon as practicable thereafter -- a court order enforcing the
provisions of Penal Code Section 1054.3, subdivision (a).  This is an
ongoing request for any of the listed items which become known to the
defendant(s) and his or her attorney(s) after the date of compliance.

The written statements and reports attached hereto constitute discoverable
materials designated in Penal Code Section 1054.1.  Any additional
material discoverable pursuant to Penal Code Section 1054.1 that becomes
known to plaintiff will be provided to the defense.

If, prior to or during trial, as a result of this request plaintiff
obtains additional evidence or material subject to disclosure under a
previous defense request or court order pursuant to Penal Code Section
1054.1,  plaintiff will disclose the existence of that evidence or
material within a reasonable time.

DISCOVERY MATERIALS SHOULD BE DELIVERED TO A DEPUTY CITY ATTORNEY IN
MASTER CALENDAR COURT ON THE FIRST TRIAL DATE.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

Mental Health Courthouse
Dept 95D

07/25/2018                                                                    8:30 AM

**ZM045332**
**The People of the State of California vs. George Buzzetti**

| | |
|---|---|
| Hon. Roberto Longoria, Judge | CSR W. Rasnick, CSR#12347 |
| A. Babayan/N. Mariduena, Judicial Assistant | ERM: None |
| Courtroom Assistant: None | T. Wilson, Deputy Sheriff |

**APPEARANCES:**

Petitioner:  The People  [ ]
Counsel for Petitioner: District Attorney, DDA  R. VAGNOZZI [X]
Defendant :  George Buzzetti  [X]
Counsel for Defendant : Public Defender, DPD  T. ALTHAUS [X]

Case Type : PC 1368

Nature of Proceedings: Arraignment -

ON DEFENDANT'S MOTION,

Doctor THOMAS RODRIGUEZ is appointed pursuant to Section 730 of the Evidence Code to examine the defendant and prepare a report on the defendant's current mental status within the meaning of Section 1368 PC. The court orders the Los Angeles County Sheriff'?s Department to allow Doctor THOMAS RODRIGUEZ to have access to a laptop computer during the interview.

Cost of said report not to exceed $500.00.

Doctors are ordered to examine the defendant at DEFENDANT IS OUT ON O.R..

Pursuant to HIPAA Section 164.512(e)(1)(i) of the Code of Federal Regulations provides as follows: Permitted disclosures. A covered entity may disclose protected health information in the course of

any judicial or administrative proceeding:(i) In response to an order of a court or administrative tribunal, provided that the covered entity disclose only the protected health information expressly

authorized by such order.

This court expressly orders you to provide complete access to all patient records for the patient involved in a particular case. "Patient records" include written and oral materials.

This access shall be available to the following persons: Court staff, including Los Angeles County Department of Mental Health personnel assigned to the Mental Health Court;

---

ZM045332                                Page 1 of 2                                07/25/2018

County Counsel attorneys and personnel; District Attorney attorneys and personnel; Public Defender attorneys and personnel; court appointed psychiatrist, psychologist, and attorneys DR. RODRIGUEZ

This standing order is effective immediately and shall remain in effect until further notice from this court.

+++CONTINUED TO 09/17/18 AT 08:30 AM IN Mental Health Courthouse, Dept 95D FOR REPORT ON: APPEARANCE/LONG REPORT+++

DEFENDANT IS ORDERED TO APPEAR

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 07/03/18

------------------------------------------------------------------------

CASE NO. 8CJ07937

THE PEOPLE OF THE STATE OF CALIFORNIA
                        VS.
DEFENDANT 01:  GEORGE   BUZZETTI

------------------------------------------------------------------------


| BAIL: APPEARANCE | AMOUNT | DATE | RECEIPT OR | SURETY COMPANY | REGISTER |
| DATE | OF BAIL | POSTED | BOND NO. | | NUMBER |

CASE FILED ON 03/29/18.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 08/29/17 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 166(A)(4) PC MISD
COUNT 02: 415(2) PC MISD


ON 07/03/18 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 043

CASE CALLED FOR 1368 PC RPT/NON-APPEAR

PARTIES: KEVIN P. STENNIS (JUDGE)  ANDRES LIZARDO  (CLERK)
        SAMANTHA VOGT      (REP)  GEORGE REFAAT SAMI  (CA)


DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY HOOMAN KAZEMI DEPUTY
PUBLIC DEFENDER
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
HOOMAN KAZEMI DEPUTY PUBLIC DEFENDER

THE COURT READS AND CONSIDERS THE REPORT FROM DEPARTMENT 95 THIS
DATE.

PROGRESS REPORT FROM DEPARTMENT 95 IS SET FOR JULY 27, 2018,
AT 8:30 A.M., IN THIS DEPARTMENT.

NEXT SCHEDULED EVENT:
07/27/18   830 AM  1368 PC RPT/NON-APPEAR   DIST CRIM JUSTICE CTR (LAC) DEPT
'043

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.


                                        1368 PC RPT/NON-APPEAR
                    PAGE NO.   1        HEARING DATE: 07/03/18

CASE NO. 8CJ07937
DEF NO.  01                                        DATE PRINTED 07/13/18

CLERK'S OFFICE TO PREPARE CERTIFIED PACKET FOR TRANSFER TO
DEPARTMENT 95.

COPY OF THE ARREST REPORT, CLETS, AND COMPLAINT RECEIVED FROM
THE CITY ATTORNEY ARE TRANSMITTED TO DEPARTMENT 95.

THE MATTER IS SET FOR NON APPEARANCE DATE ON AUGUST 14, 2018,
AT 8:30 A.M., IN THIS DEPARTMENT FOR A REPORT FROM DEPARTMENT
95.

COURT ORDERS AND FINDINGS:

-DEFENSE COUNSEL DECLARES A DOUBT AS TO THE DEFENDANT'S MENTAL
COMPETENCE PURSUANT TO PENAL CODE SECTION 1368. CRIMINAL
PROCEEDINGS ARE ADJOURNED. A COUNTY APPROVED PSYCHIATRIST IS
APPOINTED PURSUANT TO SECTION 730 EVIDENCE CODE TO EXAMINE THE
DEFENDANT AND PREPARE A REPORT WITHIN THE MEANING OF SECTION
1368 OF THE PENAL CODE. THE COURT ORDERS THE LOS ANGELES COUNTY
SHERIFF'S DEPARTMENT TO ALLOW THE APPOINTED DOCTOR TO HAVE
ACCESS TO A LAPTOP COMPUTER DURING THE INTERVIEW.


NEXT SCHEDULED EVENT:
08/14/18   830 AM  1368 PC RPT/NON-APPEAR   DIST CRIM JUSTICE CTR (LAC) DEPT
043

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

MENTAL COMPETENCY REFERRAL ORD
                    HEARING DATE: 07/11/18

(Here set forth court and cause)

State of California, V. GEORGE H. BUZZETTI

SS.

PEREMPTORY CHALLENGE

County of Los Angeles

George Buzzetti ___, being duly sworn, deposes and says: That he or she is The defendant Robert Harrison a party (or attorney for a party) to the within action (or special proceeding). That ____ the judge, court commissioner, or referee before whom the trial of the (or a hearing in the) action (or special proceeding) is pending (or to whom it is assigned) is prejudiced against the party (or his or her attorney) or the interest of the party (or his or her attorney) so that affiant cannot or believes that he or she cannot have a fair and impartial trial or hearing before the judge, court commissioner, or referee.

Subscribed and sworn to before me this

19 day of June, 2018

(Clerk or notary public or other

officer administering oath)

1994-2006 Part Time hearing officer LAPD Board of Rights. LAPD has committed many crimes on me in their Protection Racket. Judge Harrison is in front of Federal Hobbs Act, Rico, and SLAPP against George Buzzetti including People v. Harrison, or 1424 Recusal Also

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 07/13/18

------------------------------------------------------------------------
CASE NO. 8CJ07937

THE PEOPLE OF THE STATE OF CALIFORNIA
                      VS.
DEFENDANT 01:  GEORGE   BUZZETTI

------------------------------------------------------------------------

NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER

IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE TO
 REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.


BAIL: APPEARANCE   AMOUNT     DATE      RECEIPT OR   SURETY COMPANY    REGISTER
        DATE       OF BAIL    POSTED    BOND NO.                       NUMBER

CASE FILED ON 03/29/18.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 08/29/17 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 166(A)(4) PC MISD
COUNT 02: 415(2) PC MISD


ON 07/11/18 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 043


CASE CALLED FOR MENTAL COMPETANCY REFERAL HEAR

PARTIES: KEVIN P. STENNIS (JUDGE)  ANDRES LIZARDO  (CLERK)
         SAMANTHA VOGT      (REP)  GEORGE REFAAT SAMI  (CA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY HOOMAN KAZEMI DEPUTY PUBLIC
DEFENDER

THE COURT FINDS THAT THE DEFENDANT IS MENTALLY COMPETENT PER
PENAL CODE SECTION 1368 AND CRIMINAL PROCEEDINGS HAVE BEEN
REINSTATED ON JULY 10, 2018.

THE MATTER SET FOR JULY 27, 2018, IS ADVANCED TO THIS DAY
AND VACATED.

THIS IS HEARD AND TRAILED TO JULY 11, 2018, AT 9:00 A.M.,
IN THIS DEPARTMENT AS DAY 00 OF 45 FOR PRETRIAL HEARING.


                                        MENTAL COMPETANCY REFERAL HEAR
                 PAGE NO.   1          HEARING DATE: 07/11/18



# OFFICE OF THE CITY ATTORNEY
## MICHAEL N. FEUER
### CITY ATTORNEY

March 28, 2018

GEORGE BUZZETTI
966 SCHUMACHER DRIVE
LOS ANGELES, CA 90048

COPY

CCMS Case Number: 8CJ07937
Court Case Number:

Dear GEORGE BUZZETTI:

Please be advised that a criminal complaint has been filed charging you with a violation of Section PC166a4, commonly known as Willful disobedience of a court order. There may be other charges included in the complaint, which are not listed here. If you are on probation in any other case, a probation violation also may have been filed.

You are notified to appear for arraignment in Department 48 of the Superior Court of California, County of Los Angeles, located at 210 W TEMPLE STREET, LOS ANGELES, CA 90012 at 8:30 a.m. on April 20, 2018.

Failure to appear at the date and the time indicated may result in the issuance of a warrant for your arrest.

Please bring this letter with you to court.

Sincerely,

Robert Cha
Supervising Attorney
Central Trials

(Si necesita màs información, llame al (213) 978-7840.)

AN EQUAL EMPLOYMENT OPPORTUNITY - AFFIRMATIVE ACTION EMPLOYER
200 N Main St. 500 CHE o Los Angeles, CA 90012 o (213)978-7840 TDD o FAX:(213) 978-7912

| SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES | | Reserved for Clerk's File Stamp **FILED** Superior Court of California County of Los Angeles JUL 1 7 2018 Sheri R. Carter, Executive Officer/Clerk of Court By Andres Lizardo Deputy Andres Lizardo |
|---|---|---|
| COURTHOUSE ADDRESS: | DEPT. NUMBER: 43 | |
| PLAINTIFF: PEOPLE OF THE STATE OF CALIFORNIA | V. | |
| DEFENDANT: GEORGE BUZZETTI | | |
| CUSTODY STATUS (CHECK APPROPRIATE BOX): REMANDED ☐   OWN RECOGNIZANCE ☑ BOOKING NUMBER _____ | | BAIL/BOND ☐ BAIL AMOUNT $ _____ |
| **TRANSFER TO DEPARTMENT 95** | | DISTRICT CODE: CASE NUMBER(S): DEFENDANT NUMBER: 8CJ07937 |

**MENTAL COMPETENCE: (PC SECTION 1368):**

A doubt having arisen as to the mental competence of the above-named defendant and criminal proceedings having been suspended pursuant to Penal Code Section 1368, the defendant is ordered transferred to the Mental Health Courthouse, Department 95, for examination and/or hearing on:

_____7/25/18_____ at ___8:30___ a.m.
(2 Week Date)

A certified copy of the minute order or Trial Court Information System (TCIS) docket, which includes the Court's finding declaring a doubt, a copy of the misdemeanor/felony complaint, arrest report, CII report, any probation reports and this form are ordered transferred to Department 95 within 24 hours of this order.

Scan the completed packet of documents with this notice via email to: MEHDept95@LACourt.org

Date: _7/15/18_                                    _____
                                                                  Judicial Officer

                                                              **KEVIN STENNIS**

**TRANSFER TO DEPARTMENT 95**

CRIM 092 (REV 9/16)          DISTRIBUTION:      Original – Dept. 95      Copy– Court File

PD

CRIM JUSTICE CTR (LAC)

CAL.#     9  8CJ07937-01 FOR: 1368 PC RPT/NON-APPEAR          LAST DAY _____
BUZZETTI, GEORGE                          VIOL DT 082917  166(A)(4)PC
BAIL: OR                REG #/RECPT #                       415(2)PC
07/03/18 DPT: 043       JUDGE: KEVIN P. STENNIS
ATTY: SARAH ENTEZARI HK      PROS: SUSAN S. COUIG
REPORTER: ADRIANA MONTANEZ       CLERK: ANDRES LIZARDO
INT'R:                           LANGUAGE:
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

DEFENDANT IN COURT_____.     DEFENDANT 977A_____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Dept 95

Dept 95 PR 7/22/18

_____ B.T.S  _____ B.X.  _____ O.R.  _____ BAIL FORF.  _____ O.R. REV.

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 06/02/16

------------------------------------------------------------------------
CASE NO. 4EA06931

THE PEOPLE OF THE STATE OF CALIFORNIA
                          VS.
DEFENDANT 01:  GEORGE HOWARD BUZZETTI

------------------------------------------------------------------------


BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR   SURETY COMPANY   REGISTER
        DATE      OF BAIL   POSTED   BOND NO.                      NUMBER

   11/10/14    $30,000.00 11/04/14 S5102249919  SENECA INS CO, INC

CASE FILED ON 10/23/14.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 12/23/13 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 653M(A) PC MISD
COUNT 02: 653M(A) PC MISD
COUNT 03: 653M(A) PC MISD


ON 06/29/15 AT  900 AM  IN EAST LOS ANGELES CTHOUS DEPT 002

CASE CALLED FOR MENTAL COMPETENCY REFERRAL ORD

PARTIES: SERENA R. MURILLO (JUDGE)  MELANIE RAMOS  (CLERK)
         ARACELI CASTELLANOS      (REP)  AMA KUMITHOMAS  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ESTHER E. CHAMORRO DEPUTY
PUBLIC DEFENDER

DEFENDANT REQUESTS MARSDEN HEARING. COURTROOM IS CLEARED; COURT
PERSONNEL REMAINS PRESENT.
.
DEFENDANT'S ORAL MARSDEN MOTION IS DENIED, AS MORE FULLY
REFLECTED IN THE NOTES OF THE COURT REPORTER, WHICH ARE ORDERED
SEALED.
.
.COURT MARKS COURT'S EXHIBIT 1, WHICH IS LATER ENTERED IN
 EVIDENCE AND ORDERED SEALED.
.
DEFENDANT'S COUNSEL DECLARES A DOUBT AS TO THE MENTAL COMPETENCE

                                    MENTAL COMPETENCY REFERRAL ORD
                PAGE NO.   1        HEARING DATE: 06/29/15

4a

 Gmail

George Buzzetti <georgebuzzetti@gmail.com>

## LEGAL SILVER BULLET TO PRODUCE GALATZAN'S PHONE RECORDS

4 messages

**George Buzzetti** <georgebuzzetti@gmail.com>    Fri, Feb 26, 2016 at 5:36 PM
To: Esther Chamorro <echamorro@pubdef.lacounty.gov>, "jlacey@da.lacounty.gov"
<jlacey@da.lacounty.gov>

Please read this legislation good now and then tell me I do not have the right to Galatzan's phone records or what is the result in the legislation. I do my homework and you know it. I was trained by Robert N. Harris 45 years ago on homicides, 4 homicides the lawyers won. It is research and proving the other guy lying and bluffing. I put my Chief Beck video on aaee.rocks now unhacked and this legislation against your Det. Perez. It is not a contest. Perez is a perjurer, I am a real civil rights leader never in 25 years caught yet lying. Any of you have those creds?

You have no right to do this.

This is the Law, you must follow it and produce the phone records or to the state bar for all and I am doing it anyway. So what. Tomorrow.

George Buzzetti

📎 **George, criminal, AB 1328, Business and Professions Code 6086.7.doc**
190K

**Los Angeles County District Attorney's Office** <info@da.lacounty.gov>    Tue, Mar 1, 2016 at 10:50 AM
To: George Buzzetti <georgebuzzetti@gmail.com>

Good Morning,

        Your email has been received, unfortunately, due to the security concerns of this website, I am unable to open any attachments. Please explain how I may assist you and also provide a case number. Thank you.

**From:** George Buzzetti [mailto:georgebuzzetti@gmail.com]
**Sent:** Friday, February 26, 2016 5:37 PM
**To:** Esther Chamorro <echamorro@pubdef.lacounty.gov>; Jackie Lacey <jlacey@da.lacounty.gov>
**Subject:** LEGAL SILVER BULLET TO PRODUCE GALATZAN'S PHONE RECORDS

[Quoted text hidden]

**George Buzzetti** <georgebuzzetti@gmail.com>    Tue, Mar 1, 2016 at 1:50 PM
To: Los Angeles County District Attorney's Office <info@da.lacounty.gov>, Esther Chamorro
<echamorro@pubdef.lacounty.gov>

I am being illegally prosecuted by the D.A. in a misdemeanor and no evidence of the phone records which set me free have been produced. I have over 850 emails requesting them and emails months ago saying this week and now nothing again. My website was hacked with the FELONY Chief Beck Video at aaee.rocks. It is there now, they made me an international fool when I sent people to the site to see the replaced audio and they listened and saw the real audio. Within 3 hours of notice Arvixe, the web hoster,

46

had it fixed and is looking to see how long and who. This is you and LAUSD and many others trying to hide the criminality of LAUSD, the Superior Courts, except for trial judge Burilo, who is excellent as being tough and fair with all equally. Finally, a real judge as Murillo helped Jackey Lacey convict another judge of bribery. No one, considering that Jackey Lacey was cc'd on the CORE-CA letters attached. Those people and agencies are the directly responsible people for stopping crimes by law enforcement such as the sheriffs or any police agency in the county with the State being the accountability of the State. Look at your org chart.

Why has no one followed the 2003 DOJ Agreement with LAPD and so many others on "Internal Affairs." You need to charge the hackers of my web site and I have video of LAUSD hacking my computer at an LAUSD Board Meeting when I was going to put on the first power point by a citizen with the letter to help me and the public from Jefferson Crain, Board Secretary. The meeting was shut down and LAUSD has taken down the video of that meeting. Too bad. I do a lot of video and I have it all. Time for prosecution. All are equal under the law and I want AB 1328 enforce before tomorrow. You have had two years with these crimes against a Civil Rights Leader, the former Director of Policy for CORE-CA. I have no more time as a result of your D.A. illegally prosecuting.

Better look at the DOJ letter and I have filed with the State Bar again only this time with 4.4 + GBS and video. Also the Judicial Performance Commission and the Grand Jury coming soon.

This is a massive conspiracy and you all took it too far. Are you going to allow riots when this video finally hits the news? Are you willing to take that risk to protect people breaking laws for corruption? You have to answer this to the agencies who will be having me give them everything. This is what Celes King IV and I did and I always have done. There is no way out but to now enforce the law on the REAL LAW BREAKERS.

YOU HAVE TIME TO REPLY AND DO SOMETHING TODAY. GET RID OF JEREMY DAVIS AND NUNEZ FROM THIS CASE NOW. I AM GOING TO ENFORCE THIS WITH OR WITHOUT YOU.

George Buzzetti

Go to aaee.rocks. Minute 22:17 you hear "Mr. Cedillo, now, Mr. Koretz." No there

At minute 23:10 you see my lips move and not speak. You hear a L.A. City Council Meeting. This is a violation of P.C. 132, a felony, with no statute of limitations.
[Quoted text hidden]

9 attachments

California Grand Jury SystemEdition3.pdf
1638K

california state bar complaint form, 2013_ComplaintForm-InstructionsENG.pdf
395K

double jeopardy, 1962 California Law Review.pdf
347K

George Buzzetti-DOJ.pdf
100K

George, criminal, Lawyer Deceit laws, 44-2_Long (1).pdf
322K

George, criminal, A.G. Civil Rights Handbook, third edition.pdf
376K

George, criminal, ab_1328_bill_20151003_chaptered.pdf
96K

George, criminal, LADA, Org_Chart_May_2015.pdf
196K

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

Mental Health Courthouse

01/08/2019         Dept 95D         8:30 AM

**ZM045332**
**The People of the State of California vs. George Buzzetti**

| | |
|---|---|
| Hon. Roberto Longoria, Judge | CSR W. Rasnick (#12347) |
| A. Babayan/N. Mariduena, Judicial Assistant | ERM: None |
| Courtroom Assistant: None | E. Ramos, Deputy Sheriff |

**APPEARANCES:**

Petitioner:  The People  [ ]
Counsel for Petitioner: District Attorney, DDA  A. Jordan [X]
Defendant :  George Buzzetti  [X]
Counsel for Defendant :  Public Defender, DPD  T. Althaus [X]

Case Type : PC 1368

Nature of Proceedings: Report On : - Progress Report (appearance)

Defendant makes a motion for a marsden hearing, and the Court grants said motion for a hearing.

The courtroom is cleared of all persons with the exception of courtroom staff, defense counsel, and the defendant.

The Court hears argument from both sides.

The Court finds that there is insufficient evidence to grant the marsden motion.

The Court orders the court reporter'?s notes regarding the marsden motion be sealed until further order of the Court.

The courtroom is reopened.

With all parties and counsel present, Court orders Defendant to meet with AOT program for an evaluation regarding suitability

All previous orders remain in full force and effect.

+++ MATTER CONTINUED ON COURT'S MOTION. +++

+++ CONTINUE HEARING SET FOR 02/04/19 AT 08:30 AM IN Mental Health Courthouse, Dept 95D +++

Defendant is ordered to appear

---

 # The State Bar *of Californi*

## Licensee Search

| Enter Licensee Name or Licensee Number | |
|---|---|
| | Search |
| Include similar sounding names | |
| For more search options, including the ability to search for certified specialists, try **Advanced Search**. | |
| | |
| | |
| | |

Your search for *A. Jordan* returned 25 results.

| Name | Status | Number | City | Admission Date |
|---|---|---|---|---|
| Jordan, Alexandra Marie | Inactive | 313904 | Montgomery | January 2017 |
| Jordan, Alice Carol | Inactive | 189140 | Ridgecrest | June 1997 |
| Jordan, Althea Lee | Resigned | 71386 | Portland | December 1976 |
| Jordan, Ambrose J | Active | 263060 | Sacramento | April 2009 |
| Jordan, Ameeta Shaunak | Active | 231275 | Arlington | June 2004 |
| Jordan, Anastasia Barmaxis | Active | 314680 | Covina | May 2017 |
| Jordan, Andrew Charles | Active | 101789 | Petaluma | December 1981 |
| Jordan, Andrew Shepstone | Active | 150482 | Fort Bragg | December 1990 |
| Jordan, Angela Christina | Active | 201455 | Los Angeles | June 1999 |
| Jordan, Anne Marie | Active | 156644 | Los Angeles | December 1991 |
| Jordan, Anne Sperry | Active | 113154 | Chicago | June 1984 |
| Jordan, Anne Sweeney | Active | 273589 | San Jose | December 2010 |
| Jordan, Ashley Brooke | Active | 313529 | Los Angeles | December 2016 |
| Jordan, Charles Anthony | Active | 74605 | Arroyo Grande | June 1977 |

| Jordan, Cheryl Ann | Inactive | 197027 | Bellevue | December 1998 |
|---|---|---|---|---|
| Jordan, Christian Alexander | Active | 235081 | Santa Monica | December 2004 |
| Jordan, Jackson A. | Deceased | 19481 | Los Angeles | June 1947 |
| Jordan, Jerome A. | Active | 284824 | Los Angeles | December 2012 |
| Jordan, Julie Ann | Active | 156982 | San Diego | December 1991 |
| Jordan, K Arianne | Active | 221881 | Tarzana | December 2002 |
| Jordan, Kathryn A | Inactive | 84722 | Westminster | December 1978 |
| Jordan, Lisa Alexandria | Active | 156014 | Encinitas | December 1991 |
| Jordan, Melissa Anne Ingram | Active | 250371 | Torrance | July 2007 |
| Jordan, Richard Allen | Inactive | 83440 | Hollis | November 1978 |
| Jordan, Twa'Lea Andraya | Active | 265969 | Elk Grove | December 2009 |

Showing 1 to 25 of 25 entries

Previous1Next



Protecting the public & enhancing the administration of justice.

- About Us

- Public

- Attorneys

- Admissions

- Access to Justice

- News

- Forms

- Contact

- Staff Log in

- San Francisco (Main Office)

- 180 Howard St.

2

- San Francisco, CA 94105

- 415-538-2000

- Los Angeles

- 845 S. Figueroa St.

- Los Angeles, CA 90017

- 213-765-1000

© 2019 The State Bar of California

- FAQ

- Contact

3

## California State Senate

**SENATOR**
**HOLLY J. MITCHELL**
THIRTIETH SENATORIAL DISTRICT



February 1, 2016

Mr. George Buzzetti
georgebuzzetti@gmail.com

Dear Mr. Buzzetti,

Thank you for contacting my office regarding the mistreatment of U.S. citizens by the L.A. Superior Court. I care deeply about the concerns of the residents of the 30th Senate District and I am sorry to hear of your difficulty with the Department of Justice.

As this is a federal issue, I have taken the liberty of forwarding your correspondence to Congresswoman Karen Bass who has the privilege of representing you in the U.S. House of Representatives. Congresswoman Bass 'office is located at 4929 Wilshire Blvd #650, Los Angeles, CA 90010 and her office telephone number is (323) 965-1422. I am confident Congresswoman Bass' office will provide you with the time and attention your situation warrants.

Thank you again for contacting my office. Please do not hesitate to contact me should you ever have a problem with state government.

Sincerely,

HJMitchell

Senator Holly Mitchell
30th Senate District

CHARLIE BECK LETTER, MAY 16, 2018

Dear Mr. Buzzetti,

An investigation into your complaint that was reported on November 7, 2016, regarding the conduct of employees of the Los Angeles Police Department, has been completed. The investigation has gone through several levels of review, including myself and the command staff of Internal Affairs Group. Your allegations that the Department failed to implement the Internal Affairs Cooperative Agreement, that employees failed to take your complaint against Los Angeles School Police Department and Los Angeles Unified School District employees, that members of the Los Angeles Police Board of Commissioners erased Police Commission meeting audio recordings from the Los Angeles City View website, and that unknown employees denied your right to make telephone calls while in police custody have been classified as Non-Disciplinary-No Misconduct. This means that the acts alleged did not rise to the level of misconduct and the named employees' actions were protected by law or found to be consistent with Department policy or procedure.

Thank you for bringing this issue to our attention. It is the goal of the Los Angeles Police Department to provide the highest level of quality service to every member of the community. Should you have any questions concerning this matter, please contact Police Officer III Cynthia Bello, Complaint Classifications Unit, Internal Affairs Group, at (213) 996-2739.

Charlie Beck

Michael Hyams

Commanding Officer

Internal Affairs Group

1

Child abuse in the military: Failing those most in need
LOCAL CALIFORNIA POLITICS

# U.S. judges see 'epidemic' of prosecutorial misconduct in state



Federal judges called upon state Atty. Gen. Kamala D. Harris to respond to reports of a pattern of prosecutorial misconduct going undisciplined in state courts. (Damian Dovarganes / Associated Press)

 **Maura DolanContact Reporter**

Federal judges accuse California bar of turning a blind eye to an 'epidemic' of prosecutorial misconduct

The hearing seemed largely routine until a state prosecutor approached the lectern.

Deputy Atty. Gen. Kevin R. Vienna was there to urge three judges on the U.S. 9th Circuit Court of Appeals to uphold murder convictions against Johnny Baca for two 1995 killings in Riverside County. Other courts had already determined that prosecutors had presented false evidence in Baca's trial but upheld the verdicts anyway.

ADVERTISING

inRead invented by Teads

Vienna had barely started his argument when the pummeling began.

ESSENTIAL CALIFORNIA NEWSLETTER >> Get great stories delivered to your inbox

Judge Alex Kozinski asked Vienna if his boss, Atty. Gen. Kamala D. Harris, wanted to defend a conviction "obtained by lying prosecutors." If Harris did not back off the case, Kozinski warned, the court would "name names" in a ruling that would not be "very pretty."

Criticism of a state prosecutor begins around the 15:50 mark. Video via 9th Circuit Court of Appeals on YouTube

See more videos

Judge Kim Wardlaw wanted to know why Riverside County prosecutors presented a murder-for-hire case against the killer but did not charge the man they said had arranged the killings.

"It looks terrible," said Judge William Fletcher.

The January hearing in Pasadena, posted online under new 9th Circuit policies, provided a rare and critical examination of a murder case in which prosecutors presented false evidence but were never investigated or disciplined.

The low-profile case probably would have gone unnoticed if not for the video, which attorneys emailed to other attorneys and debated on blogs.

## The 9th Circuit keeps seeing this misconduct over and over again. This is one way they can really call attention to it. — Gerald Uelmen, of the Santa Clara University School of Law

In a series of searing questions, the three judges expressed frustration and anger that California state judges were not cracking down on prosecutorial misconduct. By law, federal judges are supposed to defer to the decisions of state court judges.

Prosecutors "got caught this time but they are going to keep doing it because they have state judges who are willing to look the other way," Kozinski said.

Santa Clara University law professor Gerald Uelmen said the judges' questions and tone showed they had lost patience with California courts. State judges are supposed to refer errant lawyers, including prosecutors, to the state bar for discipline, but they rarely do, Uelmen said.

"It is a cumulative type thing," Uelmen said. "The 9th Circuit keeps seeing this misconduct over and over again. This is one way they can really call attention to it."

A 2010 report by the Northern California Innocence Project cited 707 cases in which state courts found prosecutorial misconduct over 11 years. Only six of the prosecutors were disciplined, and the courts upheld 80% of the convictions in spite of the improprieties, the study found.

The case that sparked the court's recent outrage involved the killing of John Adair and his live-in partner, John Mix, two decades ago. Baca, a friend of Adair's adopted son, was working as a houseboy for the couple.

A jailhouse informant testified that Baca had confided the son planned the killing. The two were going to split Adair's inheritance, the informant said. Other witnesses testified that Adair was planning to disinherit his son, who was never charged in the case.

Baca was tried twice and found guilty both times. A state appeals court overturned the first verdict. The second withstood an appeal, even though the state court found the informant and a Riverside County prosecutor had given false testimony.

The informant falsely testified he had asked for and received no favors. The prosecutor falsely corroborated that on the stand, according to court records. Baca was sentenced to 70 years to life.

Patrick J. Hennessey Jr., who has represented Baca on appeal for nearly two decades, said he had never seen such an "egregious" case of prosecutorial misconduct.

"That is what bothered me," Hennessey said. "There was never a fair discussion of how serious the issue was."

A U.S. magistrate who next examined the case said Baca might not have been convicted of first-degree murder but for the false testimony. He said the federal court nevertheless was supposed to defer to the state courts.

"Sadly, this informant's lies were bolstered by a Deputy District Attorney, who also lied," wrote Magistrate Judge Patrick J. Walsh. "What is obvious … is that the Riverside County District Attorney's Office turned a blind eye to fundamental principles of justice to obtain a conviction."

Armed with the magistrate's report, the three judges on the 9th Circuit panel appeared incredulous about the facts of the case.

Wardlaw, a Clinton appointee, complained that California's courts were "condoning" prosecutorial misconduct by upholding verdicts, a rare public criticism of her fellow judges. She suggested that state judges, who must be approved by voters, fear inciting the public's wrath. Federal judges are appointed for life.

"I understand why they do that," Wardlaw said. "They are elected judges. They are not going to be reversing these things."

Fletcher, another Clinton appointee, observed that the state's attorney general had fought "tooth and nail" more than a decade ago to prevent a court from seeing a transcript that revealed the false evidence.

"It would look terrible in an opinion when we write it up and name names," Kozinski, a Reagan appointee, told the government lawyer. "Would your name be on?"

Vienna said he was not involved in the case at the time, but named others in the office.

Kozinski demanded to know why the informant and the testifying prosecutor were not charged with perjury. He suggested the state bar should pull the law license of the prosecutor who presented the evidence.

Retired Deputy Dist. Atty. Paul Vinegrad, who prosecuted Baca in both trials, said in an interview that he did not suspect deceit. He said he has since learned that his colleague who falsely testified — former Deputy Dist. Atty. Robert Spira — had memory problems and may have been confused. Spira, who no longer practices law, could not be reached for comment.

Vinegrad also said he believed in the murder-for-hire case he presented, but that there was not enough evidence to charge the son. The informant's testimony against the son would not have been admissible under legal rules at the time, Vinegrad said.

Kozinski, who in the past has spoken out about an "epidemic" of prosecutorial misconduct, asked Vienna whether Harris was aware of the case. Vienna indicated she probably was not. Kozinski told

2

him to get her attention within 48 hours. Harris would need to take action if her office wanted to avoid an embarrassing ruling, Kozinski said.

"Make sure she understands the gravity of the situation," Kozinski said, adding that the case "speaks very poorly for the attorney general's office."

Harris, a candidate for U.S. Senate, changed course. Her office decided last week not to oppose Baca's challenge.

Mike Hestrin, Riverside County's newly elected district attorney, did not concede that the prosecutors' "misconduct" was intentional, but said his office would investigate the prosecutors' actions and retry Baca.

It will be Baca's third trial.

maura.dolan@latimes.com
Twitter: @mauradolan



ADRIAN DOVE, CHAIRMAN

FOUNDED BY GEN. CELES KING III

## CONGRESS OF RACIAL EQUALITY
## OF CALIFORNIA (CORE-CA)
### LEGAL DEFENSE & EDUCATION FUND

1528 Martin Luther King Boulevard
Los Angeles, California 90062

**www.core-ca.org**

(323) 296-5464

Fax: (323) 290-5329



2-15-13

To:  Kamala Harris, California Attorney General
     Bill Lockyear, California Treasurer
     Tom Torlakson, California Superintendent of Public Instruction
     Mark Saladino, Los Angeles County Treasurer and Tax Collector

RE:  Use of School Construction Bond Money for General Fund Purposes

Dear Responsible Public Officials,

With the recent vote of the LAUSD Board of Education to spend school construction bond money on I-Pads for the students of LAUSD is illegal by current law. The Leyroy Greene Act states that school construction bond money is to be spent only on "Capitol Facilities Projects." This means buildings and infrastructure which will last 30 years or more. This is not the defination of an I-Pad's lifecycle and that is why an I-Pad is considered to be a general fund item.

Issues of I-Pads and other general fund issues being paid for by school construction bonds has come up in the past including the letter from L.A. County Treasurer and Tax Collector Mark Saladino to all concerned parties.

We at CORE-CA are asking Attorney General Kamala Harris to issue a legal opinion on these issues to settle this legal point. We at CORE-CA are worried about the long term financial health of school districts when there is not a stable method of supplying day to day items for students. When school construction bonds are used they will only last 3-4 years if lucky but will be paid for over 30 years with regular bonds and 40-50 years if using the Capitol Appreciation Bonds (CAB) which do not start to be paid back for 20 years. How will they be paid for over the following at least 26 years?

It is of paramount importance for a legal opinion to be made on this issue before it is too late.

Sincerely,

# LA School Report

- *Tamar Galatzan*

## Man arrested at LAUSD board meeting for 'annoying' calls

Craig Clough | November 25, 2014



A man known for aggressive and sometimes belligerent public comments at LA Unified school board meetings was arrested outside a board committee meeting at district headquarters on Oct. 28 and charged with three misdemeanor counts of making "annoying" phone calls to board member **Tamar Galatzan** months before.

The man, **George Buzzetti**, 67, has been speaking at district meetings dating back to the 1990s, according to LA Unified board meeting minutes, and in recent years has made loud accusations of criminal activity aimed at the board.

Buzzetti has claimed at meetings to be the policy director for the Congress of Racial Equality – California (CORE-CA), a civil rights group, but **Adrian Dove**, chairman of the board for CORE-CA, told **LA School Report** Buzzetti has no affiliation with the Congress

"I have written a letter to him asking him to stop identifying himself with our group, but I can't seem to find an address for him to know where to send it," Dove said. "He is not our policy director. He is not even a member."

The Los Angeles School Police Department arrested Buzzetti but declined to comment on the investigation, calling it an ongoing criminal case. Galatzan also declined to comment.

A spokesman for the Los Angeles County District Attorney's office confirmed that Buzzetti was arrested at district headquarters on Oct. 28 and has been charged in connection with phone calls made to Galatzan's office on Dec. 23 and Dec. 31 of 2013.

Buzzetti says they've got the wrong man.

Introducing himself as "director of policy for the Congress of Racial Equality of California," he recorded himself for a recent YouTube video on which he played a tape of what he identified as some the evidence that had been presented against him. On the tape, a man, sounding irate over the district's iPad program, can be heard leaving a vulgar voice message and using repeated obscenities directed at Galatzan.

Buzzetti claims in the video that the recorded voice is not his and that he never made the calls.

During public speaking sections of LA Unified board and committee meetings, any member of the public can address the board for three minutes, which sometimes results in

1

people making strange accusations while board members are forced to passively sit and listen, no matter how wild or unsubstantiated the comments are. At one recent meeting, a woman claimed late board member **Marguerite LaMotte** was poisoned to death.

At various LA Unified meetings reviewed by **LA School Report**, Buzzetti has introduced himself as a CORE official before speaking in a belligerent tone and accusing the board of various wrongdoings and crimes, including on Dec. 17, 2013, when he called the district's iPad program "illegal" and accused the board of being a "lawless organized crime organization."

Dove said Buzzetti has caused problems for CORE-CA by appearing at public meetings and writing letters to public officials on the organization's letterhead, including one sent to LAPD Chief **Charlie Beck** in which he called Beck a bigot. He said Buzzetti was friendly with CORE-CA's late vice chairman **Celes King IV**, who died in March, but that is where any association ends.

According to a 2001 story by the Los Angeles Times, Buzzetti co-founded an organization called the Association for Accountability and Equitable Education, which served as a watchdog for public education. Buzzetti registered the group as a corporation in 1996 but it has since had its license suspended by the California Secretary of State's office.

A call to the Association's listed number went unanswered.

Buzzetti is due to appear at a pre-trial hearing on Dec. 10.

**INVESTIGATIVE REPORT**

| SECURITY SERVICES DIV | |
|---|---|
| **CASE SCREENING FACTOR(S)** | |
| ☐ SUSPECT VEHICLE NOT SEE | |
| ☐ PRINTS OR OTHER EVIDENCE NOT PRESENT | |
| ☒ WO NOT DIST NOT | |
| ☒ PROPERTY LOSS LESS THAT $5000 | |
| ☒ NO SERIOUS INJURY TO VICTIM | |
| ☐ ONLY ONE VICTIM INVOLVED | |

**REPORT OF** Violation of Court Order

**VICTIM** — LAST NAME, FIRST, MIDDLE
H... David

**PREMISES** (SPECIFIC TYPE): ☒ A T M

**ENTRY** 459 8FV
☐ FRONT
☐ REAR
☐ SIDE
☐ ROOF
☐ FLOOR
☐ OTHER

POINT OF ENTRY   POINT OF EXIT
METHOD
INSTRUMENT TOOL USED

**DATE & TIME OF OCCURRENCE**
8-29-17   0945 hrs

**DATE & TIME REPORTED TO PD**
8-29-17

6315

**VICT'S VEH.** (IF INVOLVED) YEAR, MAKE, TYPE, COLOR, LIC NO

**MO** IF LONG FORM LIST UNIQUE ACTIONS. IF SHORT FORM DESCRIBE SUSPECT'S ACTIONS IN BRIEF PHRASES INCLUDING WEAPON USED. DO NOT REPEAT ABOVE INFO. BUT CLARIFY REPORT AS NECESSARY. IF ANY OF THE MISSING ITEMS ARE POTENTIALLY IDENTIFIABLE ITEMIZE AND DESCRIBE ALL ITEMS MISSING IN THIS INCIDENT IN THE NARRATIVE

Suspect Buzzetti knowingly violated a court order to stay away from the victim. Buzzetti approached the victim and became verbally aggressive by yelling obscenities. Buzzetti had to be physically removed from the meeting.

☐ MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM     ☐ HATE CRIME / INCIDENT     ☐ DOMESTIC VIOLENCE

**REPORTING EMPLOYEE(S)** INITIALS, LAST NAME
R.P

SERIAL NO
1052

**PERSON REPORTING:** Detective

**SUSP'S VEHICLE**

| SEX | DESC | HAIR | EYES | HEIGHT | WEIGHT | AGE | SUSP NO | NAME | CHARGE IF ARRESTED |
|---|---|---|---|---|---|---|---|---|---|
| M | Wht | Gry | Blu | 5101 | 290 | 70 | S-1 | George Buzzetti | 7-17-47 |

verbal

**INVOLVED PERSON(S)**

**COMBINED EVID. RPT.**

**NARRATIVE** USE THE FOLLOWING HEADINGS TO DOCUMENT ALL INFORMATION REGARDING THE INVESTIGATION. ADDITIONAL PERSONS INVOLVED (separate by type), SOURCE OF ACTIVITY, INVESTIGATION, ARREST, INJURY, MEDICAL TREATMENT, PHOTOGRAPHS, CANVASSING, BOOKING, EVIDENCE, ADDITIONAL, COLLISION SUMMARY, PROPERTY STOLEN/LOST/RECOVERED/DAMAGED, AND COURT INFORMATION. NOTE: ANY OF THESE HEADINGS MAY BE OMITTED IF NOT APPLICABLE. SEE FIELD NOTEBOOK DIVIDER - GENERAL REPORT INSTRUCTIONS FORM 18 30 0 AND FIELD NOTEBOOK DIVIDER - IR FORM 18 30 1 FOR

**VICTIM INDEMNIFICATION INFORMATION** (IF APPLICABLE)

**APPROVAL AND REVIEW**

**SPD APPROVAL**

70-03.01.0 LASPD TechUnit (131226)

5

Sergeant R    said he remained this meeting. He said at approximately 1200 hours, he was alerted to Buzzetti's presence at this meeting by H    who was present at the meeting. H    expressed to Sergeant R    that he is a protected person in a court order in which Buzzetti is the restrained person. Sergeant R    also stated he received a call from LASPD Chief of Police, Steven Z    requesting to Sergeant R    that he and his security detail inform Buzzetti that his presence violates an active protective order and he is not allowed to stay at this location. Sergeant R    verified the protective order and began the process of ejecting Buzzetti from the location.

Sergeant R    along with Officer C    (    ), Officer L    (    ) and School Safety Officer C    (#    , approached Buzzetti. School Safety Officer (SSO) C    was tasked with video recording the contact. Sergeant R    said Buzzetti had a video recording device and was also recording the contact. This footage was later posted on Buzzetti's personal YouTube page available for public viewing. Sergeant R    informed Buzzetti of the protective order and due to the presence of a protected person at this meeting, Buzzetti was not allowed to stay. Buzzetti obeyed the request to leave the meeting. As he was leaving he made statements to include, "Michelle K    has criminal activity on her for helping to hack my fucking computer", and "You are violating the color of authority". Buzzetti was escorted away from the location and to his vehicle where he drove away without further incident. Sergeant R    provided me with the YouTube link of the footage captured by Buzzetti. According to information provided in the link, the footage was posted on August 29, 2017. This YouTube link is available to be shared upon request.

**1115 hours** – I spoke with Officer C    about this incident. He said on August 29, 2017 at approximately 1200 hours, he was assigned to Sergeant R    detail to provide security to the LAUSD Board of Education meeting at the aforementioned address. Officer C.    said at approximately 1200 hours, he was informed by Sergeant R    to assist with the ejection of Buzzetti from the location as he violated the terms of a protective order.

Officer C    said prior to this request, he observed Buzzetti enter the location between 1145 and 1200 hours (approximately). He said Buzzetti had a boisterous entrance, as he entered from the door along the A    Boulevard side of the building. Officer C    did not remember what Buzzetti had said, he just remembered it was loud and disruptive. Officer C    said Buzzetti entered and sat down in the public seating area positioned just adjacent to the table where the Board of Education members would be seated. He observed Buzzetti setting up a tripod for a camera. He said soon after, Sergeant R    requested Officer L    , SSO C    and himself to assist with the ejection of Buzzetti. Officer C    said Buzzetti was escorted out by the security detail and left the location without incident. Officer C    said Buzzetti did not speak at the public podium in an officially recognized fashion. He remembered Buzzetti being present at the location for approximately 30 minutes before his ejection. He did not remember any statements he made while Buzzetti was present. Officer C    supplied me with 2 photographs of the meeting location. Both photographs were taken prior to Buzzetti's arrival and are being shared in this report for the purpose of giving context of the environment in which this incident occurred.

**1130 hours** – I spoke with SSO C    about this incident. He informed me that he was part of Sergeant R    detail providing security to the LAUSD Board of Education meeting on August 29, 2017 at the aforementioned location. SSO C    said that at approximately 1200 hours, Buzzetti entered the location. As he entered, SSO C    remembered Buzzetti saying, "I'm here" as he proceeded to set up a camera tripod next to the location where he was seated in the public seating area adjacent to the Board of Education meeting area.

SPD# 2017-7198

4

H        David

**CASE STATUS**   1 □ CLEARED BY ARREST     2 □ CLEARED OTHER     3 □ REPORT UNFOUNDED     4 □ INVESTIGATION CONTINUED

DATE OCCURRED

| S-1 | SEX | DESC | HAIR | EYES | HEIGHT | WEIGHT | DOB | AGE | NAME & ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| S-1 | M | W | Gry | Blu | 5'11 | 290 | 07/17/47 | 70 | Buzzetti, George  966 Schumacker Dr. Los Angeles, CA 90043 |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |

**NARRATIVE** (USE BELOW COLUMS FOR MULTIPLE REPORTS ONLY)

The purpose of this follow up report is to express the current status of this investigation for filing consideration at the Los Angeles City Attorney's Office.

### Crime Summary

On August 29, 2017 at approximately 1200 hours, George Buzzetti, a restrained person listed in a criminal protective order (case number 4EA06931) entered a Los Angeles Unified School District (LAUSD) Board of Education meeting held at                          in the city of Los Angeles. Once inside, Buzzetti positioned himself in the public seating area approximately 12 to 15 feet away from a protected person on the above stated protective order, David H          , Mr. H          is a general counsel attorney employed by the LAUSD and generally attends all Board of Education meetings.

### Follow up Investigation

#### Tuesday, March 20, 2018

1100 hours – I, Detective Joseph C.                    conducted follow up in conjunction with the violation of a court order investigation (SP# 17-7198). I made contact with Los Angeles School Police Department (LASPD) Sergeant J. R         . Sergeant R         currently assigned to supervise all security details out of LAUSD Headquarters to include all Board of Education meetings. I asked Sergeant        about his account of the meeting held on August 29, 2017 at        West A Boulevard in the city of Los Angeles.

WAS PROPERTY BOOKED IN CONJUNCTION WITH THIS REPORT OR INCIDENT?   □ NO   □ YES   IF YES, HAS 10.6 BEEN COMPLETED?   □ NO   □ YES

SUPERIOR COURT OF CALIFOR
COUNTY OF LOS ANGELES

| THE PEOPLE OF THE STATE OF CALIFORNIA, | MISDEMEANOR COMPLAINT |
|---|---|
| VA 04/20/2018           Bkg no. | |
|                         Plaintiff, | CCMS Case No.: 8CJ07937 |
| VS. | Court Case No.: |
| | |
| GEORGE BUZZETTI         04/17/1947 | FILED |
| | SHERRI R. CARTER |
| PC166a4 | Executive Officer/Clerk |
| | |
| PC415(2) | By_____ |
| | Deputy Clerk |
| | |
| | Issued by |
| | MICHAEL N. FEUER |
| | City Attorney |
| | |
|                        Defendant(s). | By_____ |
| | KELLY BOYER              (KJ) |
| | Deputy City Attorney |

Comes now the undersigned and states that he is informed and believes, and upon such information and belief declares: That on or about 08/29/2017 at and in the City of Los Angeles, in the County of Los Angeles, State of California, a misdemeanor, to wit, violation of Subdivision (a)(4) of Section 166 of the California Penal Code was committed by the above-named defendant(s) (whose true name(s) to affiant is(are) unknown), who at the time and place last aforesaid, did willfully and unlawfully disobey the terms as written of a process and court order and out-of-state court order lawfully issued by a court, including orders pending trial.

MCI 166(A)(4)/21

COUNT II

For a further, separate and second cause of action being a different offense, belonging to the same class of crimes and offenses set forth in Count I hereof, affiant further alleges that on or about 08/29/2017 at and in the City of Los Angeles, in the County of Los Angeles, State of California, a misdemeanor, to wit, violation of Subsection (2) of Section 415 of the California Penal Code was committed by the above-named defendant(s), (whose true name(s) to affiant is(are) unknown), who at the time and place last aforesaid, did maliciously and willfully disturb another person by loud and unreasonable noise.

MCI 415(2)/21

All of which is contrary to the laws and against the peace and dignity of the People of the State of California. Declarant and complainant therefore prays that a warrant may be issued for the arrest of said defendant(s) and that he may be dealt with according to law.

Attached hereto and incorporated by reference as though fully set forth are written statements and reports, consisting of pages, which constitute the basis upon which I make the within allegations.

A declaration in Support of the Issuance of Such Warrant is Submitted.

Executed at Los Angeles, California, on 03/28/2018.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Declarant and Complainant
CAMELLO #1201

INFORMAL DISCOVERY NOTICE

TO THE ABOVE-NAMED DEFENDANT(S) AND/OR ATTORNEY(S) FOR DEFENDANT(S):

Plaintiff, the People of the State of California, hereby requests discovery/disclosure from the defendant(s) and his or her attorney(s) in this case pursuant to Penal Code Sections 1054.3 and 1054.5.

YOU ARE HEREBY NOTIFIED that if complete disclosure is not made within 15 days of this request, plaintiff will seek -- on or before the next court date, or as soon as practicable thereafter -- a court order enforcing the provisions of Penal Code Section 1054.3, subdivision (a). This is an ongoing request for any of the listed items which become known to the defendant(s) and his or her attorney(s) after the date of compliance.

The written statements and reports attached hereto constitute discoverable materials designated in Penal Code Section 1054.1. Any additional material discoverable pursuant to Penal Code Section 1054.1 that becomes known to plaintiff will be provided to the defense.

If, prior to or during trial, as a result of this request plaintiff obtains additional evidence or material subject to disclosure under a previous defense request or court order pursuant to Penal Code Section 1054.1, plaintiff will disclose the existence of that evidence or material within a reasonable time.

DISCOVERY MATERIALS SHOULD BE DELIVERED TO A DEPUTY CITY ATTORNEY IN MASTER CALENDAR COURT ON THE FIRST TRIAL DATE.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

COURT OF CALIFORNIA
OF LOS ANGELES
LES COURTHOUSE
PEOPLE OF THE STATE OF CALIFORNIA    CENTER WAY
VS.    GLES, CA 90022
DEFENDANT: ____ Buzzetti

CR-161

FOR COURT USE ONLY

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Ar....

FEB 29 2016

Sherri R. Carter Executive Officer/Clerk
By: Melania Ramos, Deputy

**CRIMINAL PROTECTIVE ORDER—OTHER THAN DOMESTIC VIOLENCE**
(CLETS - CPO) (Pen. Code, §§ 136.2, 136.2(i)(1), and 646.9(k))
☐ ORDER UNDER PENAL CODE, § 136.2
☐ MODIFICATION
ORDER UNDER:
☐ PENAL CODE, § 136.2(i)(1)    ☐ PENAL CODE, § 646.9(k)

CASE NUMBER
4 EA06931

PERSON TO BE RESTRAINED (complete name)   George Buzzetti
Sex: ☑M  ☐F  Ht.: 510  Wt.: 290  Hair color: GRY  Eye color: BLU  Race: W  Age: ___  Date of birth: ___

1  This proceeding was heard on (date): 2/29/16  at (time): ___  in Dept.: 3  Room: ___
   by judicial officer (name): Hon. S. ___ Murill

2  This order expires on (date): ___ . If no date is listed, this order expires three years from date of issuance.

3  ☑ Defendant was personally served with a copy of this order at the court hearing, and no additional proof of service of this order is required.

4  FULL NAME, AGE, AND GENDER OF EACH PROTECTED PERSON: Tony ___    Rudy P ___
   Barbara ___    David R

5  ☐ The court has information that the defendant owns or has a firearm or ammunition, or both.

GOOD CAUSE APPEARING, THE COURT ORDERS THAT THE ABOVE-NAMED DEFENDANT

6  must not harass, strike, threaten, assault (sexually or otherwise), follow, stalk, molest, destroy or damage personal or real property, disturb the peace, keep under surveillance, or block movements of the protected persons named above.

7  must not own, possess, buy or try to buy, receive or try to receive, or otherwise obtain a firearm or ammunition. The defendant must surrender to local law enforcement, or sell to or store with a licensed gun dealer any firearm owned by the defendant or subject to his or her immediate possession or control within 24 hours after service of this order and must file a receipt with the court showing compliance with this order within 48 hours of receiving this order.
   ☐ The court has made the necessary findings and applies the firearm relinquishment exemption under Code Civ. Proc. § 527.9(f). The defendant is not required to relinquish this firearm (specify make, model, and serial number of firearm):

8  must not attempt to or actually prevent or dissuade any victim or witness from attending a hearing or testifying ... a report to any law enforcement agency or person.

9  must take no action to obtain the addresses or locations of protected persons or their family members, care... unless good cause exists otherwise. ☐ The court finds good cause not to make the order in item 9.

10 ☐ must be placed on electronic monitoring for (specify length of time): ___ from the date of this order. Pen. Code, § 136.2(a)(7)(D) and Pen. Code § 136.2(i)(2).)

11 ☑ must have no personal, electronic, telephonic, or written contact with the protected persons named above.

12 ☑ must have no contact with the protected persons named above through a third party, except an attorney of record.

13 ☑ must not come within  100  yards of the protected persons named above.

14 ☐ may have peaceful contact with the protected persons named above, as an exception to the "no-contact" or "stay-away" provision in item 11, 12, or 13 of this order, only for the safe exchange of children and court-ordered visitation as stated in.
   a ☐ the Family, Juvenile, or Probate court order in case number: ___
   b ☐ any Family, Juvenile, or Probate court order issued after the date this order is signed.    issued on (date): ___

15 ☑ The protected persons may record any prohibited communications made by the restrained person.

16 Other orders including stay-away orders from specific locations: ___

Executed on: _____
              (DATE)                    (SIGNATURE OF JUDICIAL OFFICER)          Department/Division.

Form Adopted for Mandatory Use
Judicial Council of California    **CRIMINAL PROTECTIVE ORDER—OTHER THAN DOMESTIC VIOLENCE**
CR-161 [Rev. July 1, 2014]                    (CLETS - CPO)
Approved by Department of Justice

Page 1 of 2
Penal Code, §§ 136.2, 646.9(k)
and 136.2(i)(1)
www.courts.ca.gov

6

Soon after Buzzetti was seat    the public area, Sergeant R    a    SSO C    don p  th Officer C    and Officer L    to assist with Buzzetti's ejection from the meeting. SSO C    was asked to record the contact and ejection using a recording device. Sergeant R    asked Buzzetti to leave the location for violating a court order to which he complied. SSO C    remembers Buzzetti making several statements, but could not remember specifically what he (Buzzetti) said. SSO C said Buzzetti left the location without incident. SSO C.    supplied me with 3 short video recordings he took of the incident on his handheld device. These will videos will be downloaded to a disc and included in this filing packet.

1145 hours – As I concluded my interviews with the involved personnel, Officer C    introduced me to the LAUSD Board of Education    Ebony W    ). W explained her position to me as the facilitator of the LAUSD Board of Education hearings and meetings. One of her primary roles is to coordinate the order in which members of the public speak in an officially recognized capacity.

She further explained that the persons who wish to speak are to check in with her and are given a specific public comment card assigning them a numbered order in which they will speak. Included in this card are a set of rules (in English and Spanish) outlining the rules for speakers. All speakers are to supply their name, organization and subject matter which they wish to speak. Speakers have a maximum of 3 minutes to speak and must conduct themselves in a respectful manner. Failure to follow these rules could result in the speaker given cease their presentation by a member of the LAUSD Board of Education.

W    said she was present at the LAUSD Board of Education meeting on August 29, 2017 at approximately 1200 hours. She explained this meeting began at 0910 hours. She said she observed Buzzetti walk into the location at approximately 1200 hours. She said she supplied him public comment card. She did not remember what speaker number he was assigned as she did not get the form back from Buzzetti. She said soon after, Buzzetti was escorted out of the meeting by school police. She said she does not remember anything that Buzzetti said while he was there. She said the protective order was issued and served prior to her starting in this position. She does not have any knowledge of what other instructions Buzzetti was given prior to her starting this position. She said she never spoke with Buzzetti personally about public speaking rules or his protective order. She said on August 29, 2017, she only supplied Buzzetti a public speaking card. She supplied me with the a copy of a public speaking card (not the exact one given to Buzzetti as that was never returned) to serve as an example of the information and instructions that are given to all those who wish to speak at any LAUSD Board of Education meeting. W    said Buzzetti has not appeared at any other meetings since this incident occurred.

## Wednesday, March 21, 2018

1430 hours – I met with the victim/protected person listed on the protective order, David H H    is lead general counsel for the LAUSD and attends all Board of Education meetings to operate in the capacity of legal counsel. On February 29, 2016, H    along with LASPD Detective Rudy F    former LAUSD Board of Education member Tamar G    and LAUSD associate Barbara J    were all granted protected person status from restrained person George Buzzetti in a criminal protective order, case number 4EA06931. The order requires Buzzetti to not come within 100 yards or the protected persons and cease any and all additional forms of communication with the protected persons. The order remains active through February 29, 2019

SPD# 2017-7198

H          stated he was present at the LAUSD Board of Education meeting on August 29, 2017 at the above stated address. H          was the only protected person of the above stated order present at this LAUSD Board of Education meeting. H          said at approximately 1200 hours, Buzzetti entered the meeting and sat in the public seating area positioned approximately 12 to 15 feet away from him. H          said Buzzetti made several statements to him to include, "You're a criminal", "You're going to jail."

H          contacted Sergeant Rios and informed him that he (H          ) is a protected person in a protective order in which Buzzetti is a restrained person. H          requested Buzzetti's removal from the meeting for this reason.  H          said Buzzetti was present at this location for approximately 30 minutes prior to his removal.  H          did not remember any other statements that Buzzetti made while present at the meeting.  H          said he did not speak to Buzzetti directly at the time of this meeting.  The other three individuals were not present at this meeting.  H          is desirous of prosecution against Buzzetti for violating the terms of the protective order.

## Attachments:

2 photographs of the meeting venue as taken by Officer C.

3 separate video recordings of the contact with Buzzetti as taken by SSO C'

1 video recording of the contact Buzzetti had with LASPD personnel at the venue posted and downloaded on YouTube by Buzzetti

1 public comment card example given by W'          o Buzzetti at the venue prior to his contact with LASPD personnel

Note: All video recordings have been consolidated onto one DVD disc.

## Case Status

Investigation Continued

# 2017-7198